# Exhibit C

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

12/20/99

| | | |
|---|---|---|
| WAYNE RUSSELL; <br> GEORGE E. RUSSELL, as Trustee <br> for The Russell Family Trust; <br> THE RUSSELL FAMILY TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> TRANSAMERICA OCCIDENTAL <br> LIFE INSURANCE COMPANY; <br> AUGUSTUS KIRBY CLEMENTS, III; <br> JEFFERY LEON CADDELL; et al., <br><br> Defendants. | * * * * * * * * * * * * * * * * | CIVIL ACTION NO. CV-98-1299-GR |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs hereby respond to Defendants TransAmerica Occidental Life Insurance Company's ("TransAmerica") and Augustus Clements' Motions to Dismiss. Plaintiffs agree to dismiss all claims in the above referenced case regarding the Five Million dollar ($5,000,000) and Two Million Five Hundred Thousand dollar ($2,500,000) TransAmerica policies without prejudice, based upon *Stringfellow v. State Farm Life Insurance Co., et al,* 1999 WL 722690 (September 17, 1999). Plaintiffs agree to dismiss all claims as to the Five Hundred Thousand dollar ($500,000.00) TransAmerica policy based on the doctrine of *res judicata* because said policy was included in the class action styled *Natal, et al v. TransAmerica Occidental Life Insurance Co., et al,* Case No. 694829, Supreme Court of the State of California, County of San Diego.

Wherefore, Plaintiffs move this Court to dismiss this case under the provisions stated immediately above.

```
                                    _____
                                    JOSEPH "JAY" AUGHTMAN (AUG001)
                                    Attorney for Plaintiffs
```

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the ___ day of _____, 1999.

```
                                    _____
                                    OF COUNSEL
```

George W. Walker, III
**Copeland, Franco, Screws & Gill, P.A.**
Post Office Box 347
Montgomery, Alabama 36101-0347

Charles E. Stewart
Steve R. Burford
**Spain & Gillon**
2117 Second Avenue North
Birmingham, Alabama 35203

J. Allen Schreiber
Stephen E. Whitehead
**Lloyd, Schreiber & Gray, P.C.**
2 Perimeter Park South, Suite 100
Birmingham, Alabama  35243

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| WAYNE RUSSELL;<br>GEORGE E. RUSSELL, as Trustee<br>for The Russell Family Trust;<br>THE RUSSELL FAMILY TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY;<br>AUGUSTUS KIRBY CLEMENTS, III;<br>JEFFERY LEON CADDELL; et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. CV-98-1299 |

Order

The Court hereby dismisses Plaintiffs' claims in this action as to the Five Million dollar ($5,000,000) and Two Million Five Hundred Thousand dollar ($2,500,000) polices, without prejudice according to *Stringfellow v. State Farm Life Insurance Co., et al* 1999 WL 722690 (September 17, 1999). The Court furthermore dismisses Plaintiffs' claims regarding his Five Hundred Thousand dollar ($500,000.00) TransAmerica policy on the basis of *res judicata* because said policy was not properly opted out of the class action styled, *Natal, et al v. TransAmerica Occidental Life Insurance Co., et al.* Case No. 694329 in the Supreme Court of State of California, County of San Diego.

DONE this _____ day of _____, 1999.

_____
Honorable Sally Greenhaw
Circuit Judge

cc: Steve Whitehead
    Charles Stewart
    George Walker
    Jay Aughtman