# Exhibit D

12/22/99

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

WAYNE RUSSELL, GEORGE RUSSELL )
as Trustee for THE RUSSELL FAMILY )
TRUST; THE RUSSELL FAMILY TRUST, )
                                 )
         Plaintiffs,             )
vs.                              )   CIVIL ACTION NO. CV98-1299-GR
                                 )
TRANSAMERICA OCCIDENTAL          )
LIFE INSURANCE COMPANY;          )
AUGUSTUS KIRBY CLEMENTS III;     )
JEFFERY LEON CADDELL; et al.     )
                                 )
         Defendants.              )

## ORDER

This cause came before the court upon the Defendants', Transamerica Occidental Life Insurance Company ("Transamerica") and Augustus Kirby Clements, III ("Clements") Motions to Dismiss and Plaintiffs' Motion to Dismiss the Defendant, Jeff Caddell. After having considered the same and for good cause shown it is hereby Ordered, Adjudged and Decreed that all claims asserted or which could have been asserted in this cause as to Transamerica policy No. 9249227 in the face amount of Five Million Dollars ($5,000,000) and Transamerica policy No. 9249224 in the face amount of Two Million Five Hundred Thousand Dollars ($2,500,000) are dismissed without prejudice. These claims are dismissed pursuant to *Stringfellow v. State Farm Life Ins. Co.*, 1999 WL 722690 (Sept. 17, 1999).

It is further Ordered, Adjudged and Decreed that all claims asserted or which could have been asserted as to Transamerica policy No. 92505665 in the face amount of Five Hundred thousand Dollars ($500,000.00) are hereby dismissed with prejudice on the grounds that such claims are barred by *res judicata* because the plaintiff did not opt out of the class action styled *Natal v.*

*Transamerica Occidental Life Ins.Co.*, Case No. 694829 in the Supreme Court of the State of California, San Diego County.

All other pending motions, including the Defendants', Transamerica and Clements, Motions for Summary Judgment, are rendered moot.

There being no other claims pending in this matter, the case is hereby dismissed with costs taxed as paid.

DONE AND ORDERED this the 22nd day of December, 1999

_____
Honorable Sally Greenhaw
Circuit Judge