Exhibit
E



**TRANSAMERICA OCCIDENTAL LIFE**

Transamerica Occidental
Life Insurance Company
1150 South Olive Street
Los Angeles, CA 90015

POLICY FORM    USL
Individual Life Insurance

| JOINT INSUREDS | ERNEST WAYNE RUSSELL JR<br>SHIRLEY T RUSSELL | 92492224 | POLICY NUMBER |
| --- | --- | --- | --- |
| FACE AMOUNT | $2,500,000 | DEC 20 1994 | DATE OF ISSUE |

While this policy is in force, Transamerica Occidental Life Insurance Company will pay the death benefit to the beneficiary if both Joint Insureds die before the policy anniversary nearest Joint Equal Age 100, or will pay the net cash value, if any, to the owner on the policy anniversary nearest Joint Equal Age 100 if both or either Joint Insured is living on that date. All payments are subject to the provisions of this policy.

Signed for the Company at Los Angeles, California, on the date of issue.

*James W. Dederer*

EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

*David R. Carpenter*

PRESIDENT

**Right to Examine and Return Policy Within 10 Days** —— At any time within 10 days after you receive this policy, you may return it to us or the agent through whom you bought it. We will cancel the policy and void it from the beginning. We will refund to you any premiums paid.

Joint and Last Survivor Adjustable Life Insurance
Minimum Premium Requirement
for the First Five Policy Years
Flexible Premiums Payable Thereafter During
Life of the Survivor of the Joint Insureds
Subject to the Limitations Described
in the Premiums Provision

THIS POLICY CONTAINS A PREMIUM QUALIFICATION CREDIT PROVISION. TO RECEIVE THIS CREDIT, YOU MUST PAY SPECIFIC PREMIUMS ON OR BEFORE THEIR DUE DATE. SEE DETAILS ON PAGE 7.

Death Benefit Payable at Death of
Survivor Before Joint Equal Age 100
Net Cash Value, If Any, Payable at
Policy Anniversary Nearest
Joint Equal Age 100

Nonparticipating - No Annual Dividends

1-178 01-192

Russ000000331

PAGE 1

Russell<br>Russell 0252

This policy is a legal contract between you, the Owner of this policy, and Transamerica Occidental Life Insurance Company.

## READ YOUR POLICY CAREFULLY

## POLICY SUMMARY

We will pay the death benefit to the beneficiary if both Joint Insureds die before the policy anniversary nearest Joint Equal Age 100.

You must pay at least the minimum premium per year during the first 5 policy years, or your policy will lapse. After that, you may vary the amount of premiums and how often you pay them, within certain limits, as described in the Premiums provision. Generally, you may pay premiums as long as one of the Joint Insureds is living. If both or either Joint Insured is living at the policy anniversary nearest Joint Equal Age 100, we will pay the net cash value, if any, to you.

If one Joint Insureds die simultaneously, the death benefit is payable as though the older Joint Insured died first.

Additional benefits, if any, are provided by rider.

This is only a brief description. The insurance is fully described in the various provisions of the policy.

## GUIDE TO POLICY PROVISIONS

| | Page | | Page |
|---|---|---|---|
| Accumulation Values | 8 | Payment of Current Cash Values and Loans | 13 |
| Application Copy | after 16 | Payment of Death Benefit | 4 |
| Beneficiary's Rights | 4 | Policy Data | 2, 2A, 2B |
| Current Cash Value | 9 | Policy Loans | 9 |
| Change of Beneficiary | 4 | Policy Statements and Illustrations | 13 |
| Death Benefit | 4 | Premium Qualification Credit | 7 |
| Definitions | 3 | Premiums | 7 |
| Guaranteed Values | 8,9 | Reinstatement | 6,7 |
| Grace Period | 6,7 | Riders | after 16 |
| Misstatement of Age or Sex | 14 | Simultaneous Deaths of Joint Insureds | 4 |
| Nonforfeiture Option | 13 | Table of Annualized Guaranteed Monthly Deduction Rates | 2A |
| Option to Reduce the Face Amount | 13 | Table of Surrender Penalties | 11,12 |
| Ownership and Beneficiary Provisions | 3,4 | | |

Russ000000332

Russell
Russell 0253

POLICY DATA

| | | | |
|---|---|---|---|
| LOAN INTEREST RATE | 7.40% IN ADVANCE | DEC 20 1994 | POLICY DATE |
| REINSTATEMENT INTEREST RATE | 6.00% | 52 | JOINT EQUAL AGE |
| JOINT INSUREDS | ERNEST WAYNE RUSSELL JR SHIRLEY T RUSSELL | 92492224 | POLICY NUMBER |
| FACE AMOUNT | $2,500,000 | DEC 20 1994 | DATE OF ISSUE |
| DEATH BENEFIT OPTION | OPTION I | PREFERRED NON-SMOKER | CLASS OF RISK: 1ST INSURED |
| | | PREFERRED NON-SMOKER | 2ND INSURED |
| OWNER | GEORGE E RUSSELL, TRUSTEE OF THE RUSSELL INSURANCE TRUST DATED AUGUST 18, 1987. | | |

THE CHARGE FOR ANY ADDITIONAL BENEFITS WHICH ARE PROVIDED BY RIDER IS SHOWN BELOW. ONLY A BRIEF DESCRIPTION IS GIVEN. THE COMPLETE PROVISIONS ARE INCLUDED IN THE RIDER.

| RIDER NUMBER | SCHEDULE OF ADDITIONAL BENEFITS | ANNUAL PREMIUM |
|---|---|---|
| 1-093 11-192 | GUARANTEED POLICY SPLIT OPTION RIDER | NO CHARGE |

PLANNED PERIODIC PREMIUMS: $23,047.00  ANNUAL
REQUIRED PREMIUM PER YEAR IN POLICY YEARS 1-5 : $23,047.00
PREMIUM QUALIFICATION CREDIT PERIOD: 5  YEARS
PREMIUM QUALIFICATION CREDIT PERCENTAGE: 2 %

NOTE: THIS POLICY MAY TERMINATE PRIOR TO THE INSUREDS' JOINT EQUAL AGE 100 IF:
(1) THE ACCUMULATION VALUE MINUS ANY LOAN IS LESS THAN THE MONTHLY DEDUCTION DUE, OR
(2) THE REQUIRED PREMIUMS IN THE FIRST 5  YEARS ARE NOT PAID.

Russ000000333

Russell
Russell 0254

POLICY DATA (CONTINUED)

TABLE OF ANNUALIZED GUARANTEED MONTHLY DEDUCTION RATES PER $1,000 *

| POLICY YEAR BEGINNING | POLICY EXCLUDING RIDERS | POLICY YEAR BEGINNING | POLICY EXCLUDING RIDERS |
|---|---|---|---|
| DEC 20 1994 | $0.01 | DEC 20 2018 | $29.27 |
| DEC 20 1995 | 0.02 | DEC 20 2019 | 34.45 |
| DEC 20 1996 | 0.14 | DEC 20 2020 | 40.18 |
| DEC 20 1997 | 0.24 | DEC 20 2021 | 46.58 |
| DEC 20 1998 | 0.36 | DEC 20 2022 | 53.84 |
| DEC 20 1999 | 0.57 | DEC 20 2023 | 62.14 |
| DEC 20 2000 | 0.75 | DEC 20 2024 | 71.71 |
| DEC 20 2001 | 0.98 | DEC 20 2025 | 82.75 |
| DEC 20 2002 | 1.24 | DEC 20 2026 | 95.08 |
| DEC 20 2003 | 1.57 | DEC 20 2027 | 108.62 |
| DEC 20 2004 | 1.97 | DEC 20 2028 | 123.13 |
| DEC 20 2005 | 2.47 | DEC 20 2029 | 138.58 |
| DEC 20 2006 | 3.09 | DEC 20 2030 | 154.66 |
| DEC 20 2007 | 3.83 | DEC 20 2031 | 171.58 |
| DEC 20 2008 | 4.72 | DEC 20 2032 | 189.27 |
| DEC 20 2009 | 5.74 | DEC 20 2033 | 208.05 |
| DEC 20 2010 | 6.93 | DEC 20 2034 | 228.38 |
| DEC 20 2011 | 8.30 | DEC 20 2035 | 251.39 |
| DEC 20 2012 | 9.92 | DEC 20 2036 | 279.07 |
| DEC 20 2013 | 11.98 | DEC 20 2037 | 317.13 |
| DEC 20 2014 | 14.24 | DEC 20 2038 | 375.29 |
| DEC 20 2015 | 17.13 | DEC 20 2039 | 474.88 |
| DEC 20 2016 | 20.60 | DEC 20 2040 | 655.62 |
| DEC 20 2017 | 24.64 | DEC 20 2041 | 999.99 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* TO FIND THE AMOUNT OF MONTHLY DEDUCTION DURING EACH POLICY YEAR, SEE THE GUARANTEED VALUES SECTION. A POLICY FEE OF $4.00 WILL BE ADDED INTO EACH MONTHLY DEDUCTION DURING EACH POLICY YEAR.

TO DETERMINE THE EQUIVALENT MONTHLY DEDUCTION RATES, DIVIDE THE ANNUALIZED MONTHLY DEDUCTION RATES SHOWN ABOVE BY 12.

Russ000000334

Russell
Russell 0255 v

TABLE OF POLICY VALUES AND BENEFITS

ILLUSTRATIVE PREMIUMS (1)
GUARANTEED BASIS (2)

| END OF POLICY YEAR | PLANNED ANNUALIZED PREMIUM | DEATH BENEFIT | ACCUMULATION VALUE(3) | CASH VALUE (4) |
|---|---|---|---|---|
| 1 | $23,047.00 | $2,500,000 | $23,398 | $0 |
| 2 | 23,047.00 | 2,500,000 | 48,425 | 0 |
| 3 | 23,047.00 | 2,500,000 | 74,403 | 16,903 |
| 4 | 23,047.00 | 2,500,000 | 101,435 | 46,435 |
| 5 | 23,047.00 | 2,500,000 | 129,531 | 77,031 |
| 6 | 23,047.00 | 2,500,000 | 158,534 | 108,534 |
| 7 | 23,047.00 | 2,500,000 | 188,088 | 140,588 |
| 8 | 23,047.00 | 2,500,000 | 218,599 | 173,599 |
| 9 | 23,047.00 | 2,500,000 | 250,059 | 207,559 |
| 10 | 23,047.00 | 2,500,000 | 282,372 | 242,372 |
| 11 | 23,047.00 | 2,500,000 | 315,446 | 280,446 |
| 12 | 23,047.00 | 2,500,000 | 349,122 | 316,622 |
| 13 | 23,047.00 | 2,500,000 | 383,204 | 353,204 |
| 14 | 23,047.00 | 2,500,000 | 417,494 | 392,494 |
| 15 | 23,047.00 | 2,500,000 | 451,738 | 429,238 |
| 16 | 23,047.00 | 2,500,000 | 485,723 | 468,223 |
| 17 | 23,047.00 | 2,500,000 | 519,154 | 504,154 |
| 18 | 23,047.00 | 2,500,000 | 551,718 | 541,718 |
| 19 | 23,047.00 | 2,500,000 | 582,957 | 577,957 |
| 20 | 23,047.00 | 2,500,000 | 612,037 | 612,037 |
| AGE 60 | 23,047.00 | 2,500,000 | 218,599 | 173,599 |
| AGE 65 | 23,047.00 | 2,500,000 | 383,204 | 353,204 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(1) THE ACCUMULATION AND CASH VALUES RESULT FROM THE INTEREST RATES, MONTHLY DEDUCTIONS, PREMIUM QUALIFICATION CREDITS AND THE TIMELY PAYMENT OF THE PLANNED ANNUALIZED PREMIUMS. PARTIAL SURRENDERS, SURRENDER-PENALTY-FREE WITHDRAWALS OR LOANS MAY CHANGE THESE RESULTS.

(2) RESULTS CALCULATED ON A GUARANTEED BASIS REFLECT GUARANTEED MONTHLY DEDUCTIONS AND THE CUMULATIVE GUARANTEED ANNUAL INTEREST RATE OF 5.00%

(3) ACCUMULATION VALUES ILLUSTRATED ON A GUARANTEED BASIS REFLECT ACCUMULATED NET PREMIUMS AND PREMIUM QUALIFICATION CREDIT AMOUNTS PLUS ACCRUED INTEREST AT THE CUMULATIVE GUARANTEED ANNUAL INTEREST RATE OF 5% LESS ACCRUED ANNUALIZED GUARANTEED MONTHLY DEDUCTIONS WHICH INCLUDE THE POLICY FEE AND THE COST OF ANY RIDERS. WHILE A POLICY LOAN EXISTS, THE INTEREST RATE APPLICABLE TO THE ACCUMULATION VALUE SECURING THE LOAN MAY DIFFER FROM THE INTEREST RATE APPLICABLE TO THE ACCUMULATION VALUE NOT SECURING THE LOAN.

(4) THE DIFFERENCE BETWEEN THE ACCUMULATION VALUE AND THE CASH VALUE IS THE SURRENDER PENALTY.

Russ000000335

New Policy. The exchange must be to a single life policy on a form designated by the Company for such purpose. The Company will have at least one form available for exchanges. Each New Policy will be issued based on the sex, age, class of risk and smoking status of the applicable Joint Insured as of the time the Original Policy was issued. The premiums for each New Policy will be based on our published rates in effect on the date of the exchange. Riders that form a part of the Original Policy, and any new riders requested, will become a part of each New Policy only if the Company agrees to provide them on the date of the exchange. Each New Policy will take effect immediately upon termination of the Original Policy. Under no circumstances will we pay a death benefit under both the Original Policy and the New Policy on the same insured.

The policy date of the New Policy will be the same date as the policy date of the Original Policy.

Loans and Assignment. Any policy loan will be divided and transferred on a pro-rata basis to each New Policy. If there is an assignment on the Original Policy and you want to carry over that assignment to the New Policy, you will need to execute a new assignment.

Exchange Adjustments.   The following adjustments may be made at the time of the exchange.

1.  If one of the Joint Insureds does not receive a New Policy and the Original Policy is still in the surrender penalty period, a pro-rata surrender penalty will be deducted from the portion of the accumulation value, less any pro-rata loans, attributable to that Joint Insured.

2.  If one or both of the Joint Insureds receive a New Policy for less than 50% of the face amount of the Original Policy and the Original Policy is still in the surrender penalty period, we will deduct a pro-rata surrender penalty from the accumulation value less any loans not applied to the New Policy. We will also deduct the pro-rata portion of the loan not applied to the New Policy from any cash value refunded.

3.  If the Original Policy was in force for less than five years, the minimum initial premium for each New Policy will be equal to a one time premium which is the greatest of the following amounts:

    (a) zero,

(b) the cumulative total of the required annual premiums applicable to the New Policy for the number of years that the Original Policy was in force, less the total accumulation value transferred into the New Policy, or

(c) the sum of the first three monthly deductions due under the New Policy, less the total accumulation value less any loans transferred into the New Policy.

If the Original Policy was in force for five years or longer, the minimum initial premium for the New Policy will be equal to a one time premium which is the greater of (a) zero, or (b) the sum of the first three monthly deductions due under the New Policy, less the total accumulation value less any loans transferred into the New Policy.

This one time premium will be applied to the New Policy as a gross premium.

Ownership.  If the Joint Insureds are the owners of the Original Policy, each will be the owner of the New Policy on his or her own life. If the owner of the Original Policy is someone other than the Joint Insureds, the owner of the Original Policy will be the owner of each New Policy. If the requested owner(s) of either New Policy is different than that in the Original Policy, we may require evidence of insurable interest in the life of the insured under the New Policy.

Suicide and Incontestability.   If the option is elected, the period for which the Joint Insureds were covered prior to the date of the exchange will be used to offset the time period for the suicide exclusion and incontestability provision under the New Policies.

If the Original Policy is contested, subject to the incontestability provision of the Original Policy, we will cancel this rider. If the Original Policy's premiums are refunded under its Suicide exclusion, we will cancel this rider.

Grace Period.   This rider is subject to the Grace Period provision of the Original Policy.

Beneficiary.   The beneficiary of the New Policies will be the same as the Original Policy.

Russ000000351

## GUARANTEED
## POLICY SPLIT OPTION
## RIDER

Transamerica Occidental Life Insurance Company has issued this rider as part of the policy to which it is attached. ("The Original Policy"). You do not pay any separate premium for this rider.

**Benefit.** Subject to the conditions and restrictions of this rider, this benefit provides you with an option ("the option") to exchange the Original Policy for two individual policies, one on each of the Joint Insureds, upon the occurrence of either of the contingent events listed below. Each New Policy ("New Policy") may not exceed 50% of the face amount shown on page 2 of the data page of the Original Policy.

If both of the Joint Insureds receive a New Policy equal to 50% of the face amount of the Original Policy, then the accumulation value and any outstanding policy loans under the Original Policy will be divided and allocated equally to each New Policy.

If either or both of the Joint Insureds receives a New Policy that is less than 50% of the face amount of the Original Policy, then the accumulation value and any outstanding policy loans under the Original Policy will be divided and allocated to each New Policy according to the split percentages applied for ("the pro-rata portion").

If you, the owner(s), choose to have two New Policies and the face amount of at least one of the New Policies is less than 50% of the face amount of the Original Policy, or a New Policy on the life of only one of the Joint Insureds, we will refund a pro-rata portion of the net cash value as follows:

1. If the Joint Insureds are the owners of the Original Policy and only one Joint Insured receives a New Policy, the pro-rata portion of the net cash value of the Original Policy will be paid to the other Joint Insured.

2. If the Joint Insureds are the owners of the Original Policy and either or both receives a New Policy that is less than 50% of the face amount of the Original Policy, the net cash value of the Original Policy will be paid on a pro-rata basis to each of the Joint Insureds.

3. If the owner is someone other than either of the Joint Insureds, the pro-rata portion of the net cash value of the Original Policy will be paid to the owner.

**Contingent Events.** The option may be exercised upon the occurrence of either of the following contingent events.

1. A final divorce decree has been issued with respect to the marriage of the Joint Insureds. The Joint Insureds must have been married to each other when the Original Policy was issued.

2. A change to federal estate tax provisions of the Internal Revenue Code of 1986 ("IRC") which results in either (a) or (b):

   (a) IRC Section 2056(a), or its successor, is amended so as to eliminate or reduce the federal estate tax unlimited marital deduction.

   (b) IRC Section 2001, or its successor, is amended so that the federal estate tax rates are reduced. The reduction must be such that the amount of federal estate tax that would be due at the death of the Survivor is 50% or less of the tax that would have been due before the change to the IRC.

The Company will not notify you, the owner(s), of any tax law changes which may effect the Original Policy.

A policy split may have possible tax consequences. You may want to consult a qualified tax advisor.

**Effective Date.** If the option is elected, the effective date of the exchange will be the date the option is exercised.

**Election.** To elect this option, the owner(s) must notify the Home Office of the Company in writing within 6 months of the date that either of the contingent events occurs. In the case of events involving changes to the Internal Revenue Code, the 6 months will be counted from the date the change is signed into law.

We must also receive all of the following in order to process the exchange.

1. The release of any lien against or assignment of the Original Policy. However, you may instead submit written approval by the lienholders or assignees of the exchange of policies in a form satisfactory to us with such other documents as we may require.

2. The Original Policy.

3. A policy change application containing the request to exercise the option, a request to surrender the Original Policy, and written consent of the owner(s) to the exchange.

4. A copy of the final divorce decree, if applicable.

The application for the Original Policy and the policy change application will be considered to be the application for each New Policy

1-093 11-192

PAGE

Russell
Russell 0271 v
TAC

## TABLE A
### Instalments for Each $1,000 Payable under Option A

Multiply the Monthly Instalment by 11.83895 for Annual, by 5.96322 for Semi-Annual or by 2.99263 for Quarterly Instalments.

| Guaranteed Period (Yrs.) | Monthly Instalment | Guaranteed Period (Yrs.) | Monthly Instalment | Guaranteed Period (Yrs.) | Monthly Instalment |
|---|---|---|---|---|---|
| 1 | $84.47 | 11 | $8.86 | 21 | $5.32 |
| 2 | 42.86 | 12 | 8.24 | 22 | 5.15 |
| 3 | 28.99 | 13 | 7.71 | 23 | 4.99 |
| 4 | 22.06 | 14 | 7.26 | 24 | 4.84 |
| 5 | 17.91 | 15 | 6.87 | 25 | 4.71 |
| 6 | 15.14 | 16 | 6.53 | 26 | 4.59 |
| 7 | 13.16 | 17 | 6.23 | 27 | 4.48 |
| 8 | 11.68 | 18 | 5.96 | 28 | 4.37 |
| 9 | 10.53 | 19 | 5.73 | 29 | 4.27 |
| 10 | 9.61 | 20 | 5.51 | 30 | 4.18 |

## TABLE B
### Monthly Instalment for Each $1,000 Payable under Option B

#### MALE PAYEE

| Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | $2.90 | $2.89 | 26 | $3.20 | $3.19 | 41 | $3.77 | $3.71 | 56 | $4.92 | $4.59 | 71 | $7.27 | $5.42 |
| 12 | 2.91 | 2.91 | 27 | 3.22 | 3.21 | 42 | 3.82 | 3.76 | 57 | 5.03 | 4.66 | 72 | 7.48 | 5.45 |
| 13 | 2.93 | 2.92 | 28 | 3.25 | 3.24 | 43 | 3.88 | 3.81 | 58 | 5.15 | 4.73 | 73 | 7.68 | 5.46 |
| 14 | 2.94 | 2.94 | 29 | 3.28 | 3.27 | 44 | 3.94 | 3.86 | 59 | 5.27 | 4.80 | 74 | 7.88 | 5.48 |
| 15 | 2.96 | 2.96 | 30 | 3.31 | 3.30 | 45 | 4.00 | 3.91 | 60 | 5.40 | 4.87 | 75 | 8.08 | 5.49 |
| 16 | 2.98 | 2.97 | 31 | 3.34 | 3.33 | 46 | 4.07 | 3.97 | 61 | 5.53 | 4.94 | 76 | 8.27 | 5.50 |
| 17 | 3.00 | 2.99 | 32 | 3.38 | 3.36 | 47 | 4.14 | 4.02 | 62 | 5.68 | 5.00 | 77 | 8.46 | 5.50 |
| 18 | 3.01 | 3.01 | 33 | 3.41 | 3.39 | 48 | 4.21 | 4.08 | 63 | 5.83 | 5.07 | 78 | 8.63 | 5.51 |
| 19 | 3.03 | 3.03 | 34 | 3.45 | 3.43 | 49 | 4.28 | 4.14 | 64 | 5.98 | 5.13 | 79 | 8.79 | 5.51 |
| 20 | 3.05 | 3.05 | 35 | 3.49 | 3.46 | 50 | 4.36 | 4.20 | 65 | 6.15 | 5.18 | 80 | 8.94 | 5.51 |
| 21 | 3.08 | 3.07 | 36 | 3.53 | 3.50 | 51 | 4.44 | 4.26 | 66 | 6.32 | 5.24 | 81 | 9.07 | 5.51 |
| 22 | 3.10 | 3.09 | 37 | 3.57 | 3.54 | 52 | 4.53 | 4.32 | 67 | 6.50 | 5.28 | 82 | 9.18 | 5.51 |
| 23 | 3.12 | 3.11 | 38 | 3.62 | 3.58 | 53 | 4.62 | 4.39 | 68 | 6.68 | 5.33 | 83 | 9.28 | 5.51 |
| 24 | 3.14 | 3.14 | 39 | 3.67 | 3.62 | 54 | 4.71 | 4.46 | 69 | 6.88 | 5.36 | 84 | 9.36 | 5.51 |
| 25 | 3.17 | 3.16 | 40 | 3.72 | 3.67 | 55 | 4.81 | 4.52 | 70 | 7.07 | 5.40 | 85 | 9.42 | 5.51 |

#### FEMALE PAYEE

| Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. | Age | 10 Yrs. | 20 Yrs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | $2.83 | $2.83 | 26 | $3.08 | $3.07 | 41 | $3.54 | $3.52 | 56 | $4.51 | $4.35 | 71 | $6.73 | $5.36 |
| 12 | 2.84 | 2.84 | 27 | 3.10 | 3.10 | 42 | 3.59 | 3.56 | 57 | 4.61 | 4.42 | 72 | 6.94 | 5.40 |
| 13 | 2.86 | 2.85 | 28 | 3.12 | 3.12 | 43 | 3.63 | 3.60 | 58 | 4.71 | 4.50 | 73 | 7.16 | 5.43 |
| 14 | 2.87 | 2.87 | 29 | 3.15 | 3.14 | 44 | 3.68 | 3.65 | 59 | 4.82 | 4.57 | 74 | 7.38 | 5.45 |
| 15 | 2.88 | 2.88 | 30 | 3.17 | 3.17 | 45 | 3.73 | 3.69 | 60 | 4.94 | 4.65 | 75 | 7.60 | 5.47 |
| 16 | 2.90 | 2.90 | 31 | 3.20 | 3.19 | 46 | 3.78 | 3.74 | 61 | 5.06 | 4.72 | 76 | 7.82 | 5.48 |
| 17 | 2.91 | 2.91 | 32 | 3.23 | 3.22 | 47 | 3.84 | 3.79 | 62 | 5.19 | 4.80 | 77 | 8.04 | 5.49 |
| 18 | 2.93 | 2.93 | 33 | 3.26 | 3.25 | 48 | 3.90 | 3.85 | 63 | 5.33 | 4.88 | 78 | 8.25 | 5.50 |
| 19 | 2.95 | 2.94 | 34 | 3.29 | 3.28 | 49 | 3.96 | 3.90 | 64 | 5.47 | 4.95 | 79 | 8.45 | 5.51 |
| 20 | 2.96 | 2.96 | 35 | 3.32 | 3.31 | 50 | 4.03 | 3.96 | 65 | 5.63 | 5.02 | 80 | 8.64 | 5.51 |
| 21 | 2.98 | 2.98 | 36 | 3.35 | 3.34 | 51 | 4.10 | 4.02 | 66 | 5.79 | 5.09 | 81 | 8.82 | 5.51 |
| 22 | 3.00 | 2.99 | 37 | 3.39 | 3.37 | 52 | 4.17 | 4.08 | 67 | 5.96 | 5.15 | 82 | 8.97 | 5.51 |
| 23 | 3.02 | 3.01 | 38 | 3.42 | 3.41 | 53 | 4.25 | 4.14 | 68 | 6.14 | 5.21 | 83 | 9.11 | 5.51 |
| 24 | 3.04 | 3.03 | 39 | 3.46 | 3.44 | 54 | 4.33 | 4.21 | 69 | 6.33 | 5.27 | 84 | 9.23 | 5.51 |
| 25 | 3.06 | 3.05 | 40 | 3.50 | 3.48 | 55 | 4.42 | 4.28 | 70 | 6.53 | 5.32 | 85 | 9.32 | 5.51 |

Ages younger than 11 are the same as shown for age 11, and ages older than 85 are the same as shown for age 85.

Russell
Russell 0270 v
TAC

Russ000000349

## SETTLEMENT PROVISIONS

When the Survivor dies, we will pay the death benefit in a lump sum unless you or the beneficiary choose a settlement option. You may choose a settlement option while the Survivor is living. The beneficiary may choose a settlement option after the Survivor has died. The beneficiary's right to choose will be subject to any settlement agreement in effect at the Survivor's death.

You may also choose one of these options as a method of receiving the surrender or maturity proceeds, if any are available under this policy.

When we receive a satisfactory written request, we will pay the benefit according to one of these options:

Option A: Instalments for a Guaranteed Period -- We will pay equal instalments for a guaranteed period of from one to thirty years. Each instalment will consist of part benefit and part interest. We will pay the instalments monthly, quarterly, semi-annually or annually, as requested. See Table A on page 16.

Option B: Instalments for Life with a Guaranteed Period -- We will pay equal monthly instalments as long as the payee is living, but we will not make payments for less than the guaranteed period the payee chooses. The guaranteed period may be either 10 years or 20 years. We will pay the instalments monthly. See Table B on page 16.

Option C: Benefit Deposited with Interest -- We will hold the benefit on deposit. It will earn interest at the annual interest rate we are paying as of the date of death, surrender or maturity. We will not pay less than 2 1/2% annual interest. We will pay the earned interest monthly, quarterly, semi-annually or annually, as requested. The payee may withdraw part or all of the benefit and earned interest at any time.

Option D: Instalments of a Selected Amount -- We will pay instalments of a selected amount until we have paid the entire benefit and accumulated interest.

Option E: Annuity -- We will use the benefit as a single premium to buy an annuity. The annuity may be payable to one or two payees. It may be payable for life with or without a guaranteed period, as requested. The annuity payment will not be less than what our current annuity contracts are then paying.

The payee may arrange any other method of settlement as long as we agree to it. The payee must be an individual receiving payment in his or her own right. There must be at least $10,000 available for any option and the amount of each instalment to each payee must be at least $100. If the benefit amount is not enough to meet these requirements, we will pay the benefit in a lump sum.

We will pay the first instalment under any option on the date of death, maturity or surrender, whichever applies. Any unpaid balance we hold under Options A,B or D will earn interest at the rate we are paying at the time of settlement. We will not pay less than 3% annual interest. Any benefit we hold will be combined with our general assets.

If the payee does not live to receive all guaranteed payments under Options A, B, D or E or any amount deposited under Option C, plus any accumulated interest, we will pay the remaining benefit as scheduled to the payee's estate. The payee may name and change a successor payee for any amount we would otherwise pay the payee's estate.

Russ000000348

PAGE 15

Russell
Russell 0269 v
TAC

## BASIS OF COMPUTATION

The guaranteed cash values of the policy are not less than the minimum values required by the State in which this policy is delivered. The guaranteed cash values are equal to the accumulation value based on the guaranteed monthly deduction rates and the cumulative guaranteed annual interest rate of 5%, less any surrender penalty.

Joint Equal Age as used in the policy means the adjusted age of the Joint Insureds which reflects a risk that would be equivalent to two people of the same age, class of risk and smoking status.

Calculation of minimum cash values and nonforfeiture benefits are based on the Commissioners 1980 Standard Ordinary Table D (50% male, 50% female blended tables), Smoker or Nonsmoker, age nearest birthday and 5% interest Deaths are assumed to occur at the end of the policy year.

As required, we have filed the method we used to compute minimum cash values and nonforfeiture benefits with the Supervisory Official of the State in which this policy is delivered.

## GENERAL PROVISIONS

Incontestability of the Policy -- Except for fraud or nonpayment of premiums, this policy will be incontestable with respect to either Joint Insured after it has been in force during the lifetime of that Joint Insured for two years from the date of issue. This provision does not apply to any rider providing benefits specifically for disability or death by accident.

We must be notified of the First Death if it occurs during the first two years the policy is in force. If the policy is rescinded for any contestable reason (e.g. material misrepresentation), we will be liable only for the amount of premiums paid, less any partial surrenders and any outstanding loans and loan interest due. The policy will be rescinded as of the Policy Date.

Amount We Pay is Limited in the Event of Suicide -- If either Joint Insured dies by suicide, while sane or insane, within two years from the date of issue, we will be liable only for the amount of premiums paid, less any partial surrenders, surrender-penalty-free withdrawals and loans, and loan interest due. The policy will be rescinded as of the Policy Date.

Misstatement of Age or Sex in the Application -- If there is a misstatement of both or either Joint Insureds' age or sex in the application, we will adjust the excess of the death benefit over the accumulation value to that which would be purchased by the most recent monthly deduction at the correct Joint Equal Age.

This Policy is Our Contract with You -- We have issued this policy in consideration of the application and your initial premium payment. A copy of the application is attached and is a part of this policy. The policy, including the application and any endorsements and riders, forms our contract with you. All statements made by or for a Joint Insured will be considered representations and not warranties. We will not use any statement made by or for a Joint Insured to deny a claim unless the statement is in the application and the application is attached to this policy when we issue or deliver it.

Who Can Make Changes in the Policy -- Only our President or a Vice President together with our Secretary have the authority to make any change in this policy. Any change must be in writing.

Termination of Insurance -- This policy will terminate at the earliest of:

1.  the date we receive your written request to terminate;

2.  the policy anniversary nearest the Maturity Date;

3.  the date the policy is exchanged under the Guaranteed Policy Split Option Rider or the Policy Split Option Endorsement; or.

4.  the date of lapse without further value.

No Dividends are Payable -- This is nonparticipating insurance. It does not participate in our profits or surplus. We do not distribute past surplus or recover past losses by changing the monthly deduction rates.

Russell
Russell 0268 v.
TAC

**Option to Reduce the Face Amount** You may request a decrease of the face amount of this policy if all the conditions are met.

The following conditions will apply:

1. You must make a written request to us.

2. At the request date, this policy must be in force and at least one of the Joint Insureds must be living.

3. The amount of the reduction in face amount must be at least $25,000.

4. The new face amount may not be less than the published minimum face amount for this plan.

5. The decrease of the face amount of this policy may cause a change in the monthly deduction rates to be charged.

6. A surrender penalty will result from the decrease in the face amount if the change is made during the 20 year surrender penalty period.

**Nonforfeiture Option --** You may surrender the policy for its net cash value. The net cash value on the date of your request is the accumulation value as described in the Accumulation Values provision, minus the surrender penalty and any existing loans. We will also deduct a pro-rata portion of the monthly deduction for the period from the prior monthly policy date to the date of surrender.

There are Tables of Surrender Penalties on pages 11 and 12. We will use the factors in the table to determine the surrender penalty we will apply. To calculate the full surrender penalty, find the factor for the Joint Insureds' Joint Equal Issue Age and the current policy year. Multiply this factor by the number of thousands of face amount of the policy. This is the full surrender penalty. There is no surrender penalty after 20 policy years.

If you request a full surrender within 30 days of a policy anniversary, the surrender value will not be less than the surrender value on that anniversary, less any loans, partial surrenders (including partial surrender penalties that exceed the pro-rata surrender penalty), and surrender-penalty-free withdrawals made after the last policy anniversary.

## PAYMENT OF CURRENT CASH VALUE AND LOANS

We may delay paying you the partial or full surrender values of this policy for up to six months after we receive your written request for the surrender. We may delay making a loan to you for up to six months after we receive your written request for the loan. We will not delay any loan made to pay premiums due us on any policy.

## POLICY STATEMENTS AND ILLUSTRATIONS

At least once a year, we will send you, without charge, a statement showing the face amount, accumulation value, current cash value, loans, partial surrenders, surrender-penalty-free withdrawals, premium qualification credits, premiums paid and charges as of the statement date. Upon written request at any time we will send, at a reasonable charge, an illustration of your policy's benefits and values.

Russ000000346

Russell

Russell 0267 v
TAC

PAGE 13

Table of Surrender Penalties Per 1,000 Face Amount

| Joint Equal Age At Issue | | | | | | | | Duration | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21+ |
| 56 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 22 | 21 | 20 | 18 | 17 | 15 | 14 | 12 | 10 | 9 | 7 | 5 | 2 | 0 |
| 57 | 31 | 30 | 29 | 28 | 27 | 26 | 24 | 23 | 22 | 20 | 19 | 17 | 16 | 14 | 12 | 11 | 9 | 7 | 5 | 2 | 0 |
| 58 | 32 | 31 | 30 | 29 | 28 | 26 | 25 | 24 | 22 | 21 | 19 | 18 | 16 | 15 | 13 | 11 | 9 | 7 | 5 | 3 | 0 |
| 59 | 33 | 33 | 32 | 30 | 29 | 28 | 26 | 25 | 24 | 22 | 20 | 19 | 17 | 15 | 14 | 12 | 10 | 7 | 5 | 3 | 0 |
| 60 | 35 | 34 | 32 | 31 | 30 | 29 | 27 | 26 | 24 | 23 | 21 | 19 | 18 | 16 | 14 | 12 | 10 | 8 | 5 | 3 | 0 |
| 61 | 36 | 35 | 34 | 33 | 31 | 30 | 29 | 27 | 25 | 24 | 22 | 20 | 18 | 17 | 15 | 13 | 10 | 8 | 6 | 3 | 0 |
| 62 | 38 | 36 | 35 | 34 | 32 | 31 | 29 | 28 | 26 | 24 | 22 | 21 | 19 | 17 | 15 | 13 | 11 | 8 | 6 | 3 | 0 |
| 63 | 40 | 38 | 37 | 35 | 34 | 32 | 30 | 29 | 27 | 25 | 23 | 22 | 20 | 18 | 16 | 13 | 11 | 9 | 6 | 3 | 0 |
| 64 | 42 | 40 | 38 | 37 | 35 | 33 | 32 | 30 | 28 | 26 | 24 | 22 | 20 | 18 | 16 | 14 | 12 | 9 | 6 | 3 | 0 |
| 65 | 44 | 42 | 41 | 39 | 37 | 36 | 34 | 32 | 30 | 28 | 26 | 24 | 22 | 19 | 17 | 15 | 12 | 10 | 7 | 4 | 0 |
| 66 | 46 | 44 | 43 | 41 | 39 | 37 | 35 | 33 | 31 | 29 | 27 | 25 | 22 | 20 | 18 | 16 | 13 | 10 | 7 | 4 | 0 |
| 67 | 48 | 46 | 44 | 42 | 40 | 38 | 36 | 34 | 32 | 30 | 27 | 25 | 23 | 21 | 18 | 16 | 14 | 11 | 8 | 4 | 0 |
| 68 | 51 | 49 | 47 | 44 | 42 | 40 | 38 | 35 | 33 | 31 | 29 | 26 | 24 | 22 | 19 | 17 | 14 | 11 | 8 | 5 | 0 |
| 69 | 53 | 51 | 49 | 47 | 44 | 42 | 39 | 37 | 35 | 32 | 30 | 27 | 25 | 23 | 20 | 18 | 15 | 12 | 9 | 5 | 0 |
| 70 | 56 | 54 | 51 | 49 | 46 | 43 | 41 | 38 | 36 | 33 | 31 | 28 | 26 | 24 | 21 | 19 | 16 | 13 | 9 | 5 | 0 |
| 71 | 57 | 54 | 51 | 48 | 45 | 43 | 40 | 38 | 36 | 33 | 31 | 28 | 26 | 24 | 21 | 19 | 16 | 13 | 10 | 5 | 0 |
| 72 | 56 | 53 | 51 | 48 | 45 | 42 | 40 | 37 | 35 | 33 | 30 | 28 | 26 | 23 | 21 | 19 | 16 | 13 | 10 | 6 | 0 |
| 73 | 56 | 53 | 50 | 47 | 44 | 42 | 39 | 37 | 34 | 32 | 30 | 27 | 25 | 23 | 21 | 19 | 16 | 13 | 10 | 6 | 0 |
| 74 | 56 | 53 | 50 | 47 | 43 | 41 | 38 | 36 | 34 | 31 | 29 | 27 | 25 | 23 | 21 | 18 | 16 | 13 | 10 | 6 | 0 |
| 75 | 56 | 52 | 49 | 46 | 43 | 40 | 37 | 35 | 33 | 31 | 28 | 26 | 24 | 22 | 20 | 18 | 16 | 14 | 10 | 6 | 0 |
| 76 | 56 | 52 | 49 | 46 | 42 | 39 | 37 | 34 | 32 | 30 | 28 | 26 | 24 | 22 | 20 | 18 | 16 | 14 | 10 | 6 | 0 |
| 77 | 55 | 52 | 48 | 45 | 41 | 38 | 36 | 33 | 31 | 29 | 27 | 25 | 23 | 21 | 20 | 18 | 16 | 13 | 10 | 7 | 0 |
| 78 | 55 | 51 | 48 | 44 | 40 | 37 | 35 | 32 | 30 | 28 | 26 | 24 | 22 | 21 | 19 | 17 | 15 | 13 | 10 | 7 | 0 |
| 79 | 55 | 51 | 47 | 44 | 39 | 36 | 34 | 31 | 29 | 27 | 25 | 23 | 21 | 20 | 18 | 16 | 13 | 11 | 9 | 7 | 0 |
| 80 | 55 | 51 | 47 | 43 | 38 | 35 | 33 | 30 | 28 | 26 | 24 | 22 | 20 | 18 | 16 | 14 | 12 | 9 | 7 | 0 | 0 |

Russ000000345

RUSSELL,JR,ERNEST WAYNE

## Table of Surrender Penalties Per $1,000 Face Amount

| Joint Equal Age At Issue | Duration | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21+ |
| 16 | 12 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 17 | 12 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 18 | 12 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 19 | 12 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 5 | 3 | 2 | 1 | 0 |
| 20 | 13 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 21 | 13 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 22 | 13 | 12 | 12 | 11 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 1 | 0 |
| 23 | 13 | 13 | 13 | 12 | 12 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 24 | 13 | 13 | 13 | 12 | 12 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 25 | 13 | 13 | 13 | 12 | 12 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 26 | 14 | 13 | 13 | 12 | 12 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 27 | 14 | 13 | 13 | 12 | 12 | 11 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 28 | 14 | 14 | 14 | 13 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 29 | 14 | 14 | 14 | 13 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 30 | 14 | 14 | 14 | 13 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 31 | 15 | 14 | 14 | 13 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 32 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 33 | 15 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| 34 | 16 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 10 | 9 | 9 | 8 | 7 | 6 | 5 | 4 | 2 | 1 | 0 |
| 35 | 16 | 16 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 9 | 8 | 7 | 6 | 5 | 4 | 2 | 1 | 0 |
| 36 | 16 | 16 | 16 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 9 | 8 | 7 | 6 | 5 | 4 | 2 | 1 |
| 37 | 17 | 16 | 15 | 15 | 14 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 1 | 0 |
| 38 | 17 | 17 | 16 | 16 | 15 | 15 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 1 | 0 |
| 39 | 17 | 17 | 16 | 16 | 15 | 15 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 1 | 0 |
| 40 | 17 | 17 | 16 | 16 | 15 | 15 | 14 | 13 | 12 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 1 | 0 |
| 41 | 18 | 18 | 17 | 17 | 16 | 15 | 15 | 14 | 13 | 12 | 11 | 11 | 10 | 9 | 8 | 6 | 5 | 4 | 3 | 1 | 0 |
| 42 | 18 | 18 | 17 | 17 | 16 | 15 | 15 | 14 | 13 | 12 | 11 | 11 | 10 | 9 | 8 | 7 | 6 | 4 | 3 | 1 | 0 |
| 43 | 19 | 19 | 18 | 18 | 17 | 16 | 15 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 4 | 3 | 1 | 0 |
| 44 | 19 | 19 | 18 | 18 | 17 | 16 | 15 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 4 | 3 | 2 | 0 |
| 45 | 20 | 20 | 19 | 18 | 18 | 17 | 16 | 15 | 14 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 6 | 4 | 3 | 2 | 0 |
| 46 | 21 | 21 | 20 | 19 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 7 | 6 | 5 | 3 | 2 | 0 |
| 47 | 21 | 21 | 20 | 19 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 6 | 5 | 3 | 2 | 0 |
| 48 | 22 | 22 | 21 | 20 | 19 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 12 | 10 | 9 | 8 | 6 | 5 | 3 | 2 | 0 |
| 49 | 23 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 15 | 14 | 13 | 12 | 11 | 9 | 8 | 7 | 5 | 4 | 2 | 0 | |
| 50 | 24 | 23 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 13 | 11 | 9 | 8 | 7 | 5 | 4 | 2 | 0 |
| 51 | 24 | 24 | 23 | 22 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 14 | 13 | 11 | 10 | 8 | 7 | 5 | 4 | 2 | 0 |
| 52 | 25 | 24 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 16 | 14 | 13 | 12 | 10 | 9 | 7 | 6 | 4 | 2 | 0 |
| 53 | 26 | 25 | 25 | 24 | 23 | 22 | 21 | 20 | 18 | 17 | 16 | 15 | 13 | 12 | 11 | 9 | 7 | 6 | 4 | 2 | 0 |
| 54 | 27 | 26 | 25 | 25 | 24 | 23 | 21 | 20 | 19 | 18 | 17 | 16 | 14 | 13 | 11 | 10 | 8 | 6 | 4 | 2 | 0 |
| 55 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 17 | 16 | 14 | 13 | 11 | 10 | 8 | 6 | 4 | 2 | 0 |

Partial Surrender -- At any time following the tenth day after you have received this policy, you may surrender a portion of this policy for its value if you send us a written request.

During the first 20 policy years, a partial surrender penalty will be assessed on any surrender amount you request that exceeds the amount eligible for surrender without penalty as described in the Surrender-Penalty-Free Withdrawal provision.

We deduct from the policy's accumulation value (a) the surrender amount you request, plus (b) the partial surrender penalty on the surrender amount that exceeds the amount eligible for surrender without penalty.

If you chose Death Benefit Option I, we will also deduct from the policy's face amount (a) the surrender amount you request minus the amount eligible for surrender without penalty, plus (b) the partial surrender penalty on the surrender amount that exceeds the amount eligible for surrender without penalty. The face amount may not be less than the published minimum for this plan.

The partial surrender penalty is the greater of:

    1) $25, or

    2) the proportionate full surrender penalty.

The proportionate full surrender penalty may be calculated as follows:

Let X = surrender amount you request minus the amount eligible for surrender without penalty

a = full surrender penalty per 1,000 of face amount
    (see Table of Surrender Penalties)

The proportionate full surrender penalty =

$$X \text{ times } \frac{a}{1000 - a}$$

In any policy year, the maximum amount that you may request and receive by partial surrender is:

    1) the accumulation value,

minus  2) any indebtedness,

minus  3) the sum of 3 monthly deductions,

minus  4) the greater of $25 or the full surrender penalty.

If you ask for an amount larger than the maximum described above, we will treat it as a request for a full surrender of the policy.

Surrender-Penalty-Free Withdrawal -- At any time after the first policy year you may make a partial withdrawal without incurring a partial surrender penalty, within the limits outlined below. The minimum amount of a surrender-penalty-free withdrawal is $100.

When you request a partial surrender in the second or later policy year we will calculate the amount eligible for surrender without penalty. This amount will be the lesser of:

    (a)  10% of the policy's accumulation value as of the last policy anniversary, minus the sum of all surrender-penalty-free withdrawals since the last policy anniversary; or

    (b)  the maximum amount available as a partial surrender described above.

During the first five policy years, the sum of all surrender-penalty-free withdrawals and partial surrenders may not exceed the sum of all premiums paid less the sum of all required premiums since the policy date (see Premiums provision, number 2).

We will process a surrender-penalty-free withdrawal for the eligible amount. The remainder of any amount you requested will be processed as a partial surrender.

We will deduct the withdrawal amount you request from the policy's accumulation value. We will not deduct the withdrawal amount you request from the policy's face amount.

Russ000000343

Russell
Russell 0264 v TAC

1-178 01-192

Monthly Deduction Rates -- We will determine the monthly deduction rate for each policy year at the beginning of that year. The monthly deduction rate will depend on the Joint Insureds' class of risk and attained Joint Equal Age as of that policy year, and the number of years that the policy has been in force.

A table of maximum annualized guaranteed monthly deduction rates is shown on page 2A of the Policy Data. We may use rates lower than these maximum annualized guaranteed monthly deduction rates. We will never use higher rates. A reduction in the maximum annualized guaranteed monthly deduction rates for this policy will also apply uniformly to all other policies we issue on the same plan on Joint Insureds with the same Joint Equal Age, issue date, face amount and class of risk as the Joint Insureds under this policy. The reduced rates will not be affected by any change in the health or occupation of the Joint Insureds.

Monthly Deduction -- At the end of each policy month, we will take the monthly deduction for that month from the accumulation value.

The Monthly Deduction is equal to:

    (a)   the monthly deduction rate, times .001, times the difference between the death benefit and the accumulation value at the beginning of the policy year,

plus  (b)   the monthly deduction for any riders,

plus  (c)   an expense charge equal to the policy fee as shown on page 2A of the Policy Data.

### CURRENT CASH VALUE

You may borrow the current cash value, or take it as a partial or full surrender of the policy. All of these transactions are described in this section. We guarantee that the current cash value always equals or exceeds the amount required by the law in effect at the time of issue in the state in which this policy is delivered.

Policy Loans -- We will make a loan subject to the following conditions:

1. The maximum loan amount is the accumulation value as of the date of the loan request, minus

    a. any existing loan(s);

    b. interest on the amount of the loan to the end of the policy year; and

    c. the full surrender penalty or three monthly deductions, whichever is greater.

2. You must pay interest on the total loan balance each year, in advance, on the policy anniversary. The loan interest rate is 8.0% (7.4% in advance). If you do not pay the interest when it is due, we will add the amount of interest to the loan. We will charge interest on this amount at the same interest rate being charged on the loan.

3. You must assign the policy to us to the extent of the outstanding loan. If the Survivor dies, we will deduct the outstanding loan from the death benefit before we pay the death benefit to the beneficiary.

4. The loan will be secured by that portion of the accumulation value equal to the amount of the loan.

Loan Repayment -- You may repay any part of any outstanding loan at any time while either Joint Insured is living and before the Maturity Date.

If you wish to make a loan repayment, you must tell us that the payment you send us is for that purpose. Unless your payment is clearly marked as a loan repayment, we will assume it is a premium payment. When we receive a loan repayment we will apply it to the portion of the accumulation value that secures a loan. If a payment would cause the policy to fail to qualify as a life insurance contract under Section 7702 of the Internal Revenue Code as such Section is in effect at that time, and the regulations thereunder, the portion of the payment that cannot be accepted as premium will be applied against any other outstanding policy loans before a refund is made.

Your policy will not automatically lapse if you do not repay a loan. However, the portion of the accumulation value not securing a loan must be large enough to cover the monthly deduction due and any loan interest due not paid in cash. (see Grace Period provision for details.)

If the policy loan interest due is not paid in cash by you, a new loan will be created to cover the interest.

Russ000000342

Russell
Russell 0263 v. TAC
PAGE 9

## GUARANTEED VALUES

Accumulation Values -- The accumulation value on the policy date is equal to all net premiums paid. The accumulation value on any specified date after the policy date, but on or before the first policy anniversary, is equal to:

1. All net premiums paid less any refunds since issue, plus accrued interest from the date each premium is received in the Home Office to the specified date.

minus 2. All monthly deductions charged since issue, plus accrued interest from each monthly policy date to the specified date.

minus 3. Any partial surrenders including partial surrender penalties since issue, plus accrued interest from each partial surrender date to the specified date.

The accumulation value on any specified date after the first policy anniversary is equal to:

1. The accumulation value on the last policy anniversary plus accrued interest from the last policy anniversary to the specified date.

plus 2. Any premium qualification credit amounts deposited in the accumulation value since the last policy anniversary plus accrued interest from the beginning of the policy year to the specified date.

plus 3. All net premiums paid less any refunds since the last policy anniversary, plus accrued interest from the date each premium is received in the Home Office to the specified date.

minus 4. All monthly deductions charged since the last policy anniversary, plus accrued interest from each monthly policy date to the specified date.

minus 5. Any partial surrenders and surrender-penalty-free withdrawals including partial surrender penalties since the last policy anniversary, plus accrued interest from each partial surrender date and/or surrender-penalty-free withdrawal date to the specified date.

A Table of Policy Values is included in this policy. It is based on the information you gave us when the policy was issued. The values shown may change as the declared interest rates, your premium payments, and other factors change from the illustrated data. Every year we will send you a statement of actual policy values.

Guaranteed Interest Rates -- The net premium accrues simple interest from the date we receive it in the Home Office. Interest is credited annually on each policy anniversary.

We guarantee that your accumulation value on any policy anniversary will be at least equal to what it would have been if the credited interest rate had always been 5%. The guaranteed minimum interest rate we credit at any one time will never be less than 4%.

We may declare a higher interest rate than the guaranteed minimum rate at any time. Each rate we declare replaces the guaranteed minimum rate until we declare a different one.

The interest rate for any portion of the accumulation value equal to the amount of any existing policy loan will be at the effective annual loan interest rate less 2.5%.

Russ000000341

Russell
Russell 0262 v
TAC

1-178 01-192

Since a monthly deduction is made on each monthly policy date for the prior month, and a nominal 31-day grace period is provided after that monthly policy date, there will always be at least a 62-day effective grace period for payment of overdue premiums.

During the grace period, we will not charge interest on the premium due. If the Survivor dies during the grace period and before you pay the premium we will subtract from the death benefit the cost of coverage to the date the Survivor died.

Premium Qualification Credit -- At the end of each policy year for the first 5 policy years, we will calculate the total of premiums paid (as described in number 2 in the Premiums provision), less any partial surrenders and surrender-penalty-free withdrawals. If this amount equals or exceeds the Required Premium Per Year for each year of the required premium period, we will deposit a Premium Qualification Credit to your policy's accumulation value at the beginning of the next policy year.

We must receive enough premium as described above by the end of each policy year in the premium qualification period, or you will not be allowed to receive a premium qualification credit for that policy year.

The amount of the credit will be a specific percentage of the Required Premium Per Year shown on page 2 of the Policy Data. The Premium Qualification Credit Percentage and the Premium Qualification Credit Period are also shown on page 2 of the Policy Data. We reserve the right to change the Period or the Percentage. We will file any change with the Supervisory Official in the State in which this policy is delivered.

Reinstatement -- If this policy lapses, it may be reinstated provided it was not surrendered. To reinstate the policy, you must meet the following conditions:

1.  You must request reinstatement in writing within three years after the date of lapse and before the Maturity Date.

2.  If only one Joint Insured is alive when you request reinstatement, the other Joint Insured's death must have occurred prior to the end of the grace period.

3.  Evidence of insurability satisfactory to us must be given to us by:

    (a) Both Joint Insureds, if the lapse occurred while both Joint Insureds were living; or

    (b) The Survivor, if the lapse occurred after the first death.

4.  If any loans existed when the policy lapsed, you must repay or reinstate them with interest compounded annually from the date of lapse at the loan reinstatement interest rate of 8% (7.4% in advance).

5.  The reinstated policy will be subject to the minimum premium requirement during the first 5 policy years (see page 2 of Policy Data and Premiums provision, number 2.) This means that the required premium period will be calculated from the original policy date, and will not start anew. If the policy lapsed during one of the first 5 policy years and is reinstated in a different policy year, you must pay a premium large enough to meet the minimum premium requirement at the time of reinstatement, with interest compounded annually at the reinstatement interest rate of 6%. If the policy lapsed after the fifth policy year, or if it lapsed in one of the first 5 policy years and is reinstated in the same policy year, you must pay a premium large enough to cover two monthly deductions due when the policy lapsed and three monthly deductions due when the policy is reinstated.

6.  If you reinstate the policy during the first 5 policy years, you must repay any net cash value given to you at the time of lapse, with interest compounded annually at the reinstatement interest rate of 6%.

7.  If the policy is reinstated within the first 20 policy years, any applicable surrender penalties in effect for the reinstated policy will be calculated from the original policy date.

The effective date of a reinstatement will be the date of your request. If a person other than the Joint Insureds is covered by any attached rider, that person's coverage will be reinstated under the terms of this provision.

The accumulation value of the reinstated policy will be: the surrender penalty at the time of lapse; plus any net cash value we paid you at the time of lapse; plus any loan repaid or reinstated; plus 97% of any premium you pay at reinstatement; minus any monthly deductions due at the time of lapse.

Russ000000340

Russell
Russell 0261 v
TAC

PAGE 1

## PREMIUMS

We will accept any amount you send us as a premium payment while this policy is in force, subject to the Premium Limitation provision and these conditions:

1.  You may send premiums, while either Joint Insured is living, to our Home Office or you may pay them to an agent or cashier we authorize. We will give you a receipt if you ask for one.

2.  You must pay the Required Premium Per Year for the first 5 Policy years. These premiums may be paid cumulatively in advance. At the end of each of the first 5 policy years we will calculate the cumulative total of all premiums paid, less any partial surrenders and surrender-penalty-free withdrawals. We will divide this total by the number of years since the policy date. This amount must equal or exceed the Required Premium Per Year for each year in the required premium period or your policy will enter the grace period. If your policy enters the grace period (see Grace Period provision) and there is any net cash value remaining at the end of the grace period, we will apply it to the Nonforfeiture Option. (see Nonforfeiture Option provision on page 13). If there is no net cash value remaining at the end of the grace period, your policy will lapse.

3.  You may pay premiums at any time. Each premium must be at least $25 and may not exceed the limits described in the Premium Limitation provision on this page. All premium payments will become part of the accumulation value.

If you stop paying premiums after the required premium period, your coverage will continue until the accumulation value minus any existing loan is insufficient to pay the monthly deduction due. At that time, your policy will enter the grace period (see Grace Period provision).

Premium Limitation -- We reserve the right to refund any premium, whether scheduled or not, during a particular policy year if the total premium paid:

(a) increases the difference between the death benefit and the accumulation value, and

(b) is more than $20 per thousand of face amount and more than three times the total of the monthly deductions for the said policy year.

After the first policy year and before the sixth policy year, we reserve the right to refund any premium, whether scheduled or not, that would cause the total premium paid in any one of those policy years to exceed three times the Required Premium Per Year. Beginning with the sixth policy year, we reserve the right to refund any premium, whether scheduled or not, that would

cause the total premium paid in any one policy year to exceed two times the Required Premium Per Year. The Required Premium Per Year is shown on page 2 of the Policy Data. We will not refund any premium if that refund would cause the accumulation value minus any existing loan to be less than the monthly deduction due.

We also reserve the right to refund any unscheduled premiums that exceed $25,000 in any 12-month period.

We will not refund any amount if doing so would cause your policy to enter the grace period before the next anniversary.

As of the end of any policy year, if the premiums paid exceed the amount allowable for this policy to continue to qualify as a life insurance contract under Section 7702 of the Internal Revenue Code, as such Section is in effect at the time this policy is issued and the regulations thereunder, we will remove the excess amount of premiums paid from the policy, with interest, as of the end of that policy year. We will refund to you this excess amount (including interest at a rate of not less than 4%) within 60 days after the end of that policy year.

Such an excess amount could occur, for example, as a result of a partial surrender or other change in the benefits or terms of the policy, since the premium amount allowable for the policy may be reduced.

The amount refundable will not exceed the net cash value of the policy. If the entire net cash value is refunded, we will treat the transaction as a full surrender of your policy.

Continuation of Insurance -- If you stop paying premiums, we automatically continue your policy at the same face amount and with any additional benefits provided by rider, subject to the grace period and any minimum premium requirements that may be in effect. Refer to the Premiums provision and the Monthly Deduction provision for further explanation.

Grace Period -- A grace period is a period of 31 days after (a) a monthly policy date when the accumulation value minus any existing loan is less than the monthly deduction due, or (b) a policy anniversary on which the cumulative Required Premium Per Year has not been paid during the first 5 policy years (see Premiums provision, number 2). We will let you know, by sending a notice to your last known address, that the grace period has begun and that you must pay a premium large enough to keep the policy in force before the 31 days are up. If you do not pay enough premium, and there is no net cash value, your policy will lapse. If there is any net cash value remaining at the end of the grace period, we will apply it to the Nonforfeiture Option (see Nonforfeiture Option provision on page 13).

## TABLE OF DEATH BENEFIT FACTORS
### (*Use NON-SMOKER FACTORS only if the "CLASS OF RISK" on page 2 lists both Joint Insureds as non-smokers)

| JOINT EQUAL ATTAINED AGE | SMOKER | NON-SMOKER* | JOINT EQUAL ATTAINED AGE | SMOKER | NON-SMOKER* |
|---|---|---|---|---|---|
| 16 | 20.37 | 24.91 | 61 | 2.84 | 3.18 |
| 17 | 19.45 | 23.76 | 62 | 2.73 | 3.05 |
| 18 | 18.58 | 22.68 | 63 | 2.64 | 2.93 |
| 19 | 17.74 | 21.64 | 64 | 2.55 | 2.81 |
| 20 | 16.94 | 20.65 | 65 | 2.46 | 2.70 |
| 21 | 16.18 | 19.71 | 66 | 2.38 | 2.60 |
| 22 | 15.45 | 18.81 | 67 | 2.30 | 2.50 |
| 23 | 14.76 | 17.95 | 68 | 2.23 | 2.41 |
| 24 | 14.09 | 17.13 | 69 | 2.16 | 2.33 |
| 25 | 13.46 | 16.34 | 70 | 2.09 | 2.24 |
| 26 | 12.85 | 15.59 | 71 | 2.03 | 2.17 |
| 27 | 12.27 | 14.88 | 72 | 1.98 | 2.10 |
| 28 | 11.71 | 14.19 | 73 | 1.92 | 2.03 |
| 29 | 11.18 | 13.54 | 74 | 1.87 | 1.97 |
| 30 | 10.68 | 12.92 | 75 | 1.82 | 1.91 |
| 31 | 10.19 | 12.32 | 76 | 1.78 | 1.85 |
| 32 | 9.73 | 11.76 | 77 | 1.74 | 1.80 |
| 33 | 9.29 | 11.22 | 78 | 1.70 | 1.76 |
| 34 | 8.88 | 10.70 | 79 | 1.66 | 1.71 |
| 35 | 8.48 | 10.21 | 80 | 1.63 | 1.67 |
| 36 | 8.10 | 9.75 | 81 | 1.60 | 1.64 |
| 37 | 7.74 | 9.30 | 82 | 1.58 | 1.61 |
| 38 | 7.39 | 8.88 | 83 | 1.55 | 1.58 |
| 39 | 7.06 | 8.47 | 84 | 1.53 | 1.55 |
| 40 | 6.75 | 8.09 | 85 | 1.51 | 1.53 |
| 41 | 6.46 | 7.72 | 86 | 1.48 | 1.50 |
| 42 | 6.18 | 7.37 | 87 | 1.46 | 1.48 |
| 43 | 5.91 | 7.04 | 88 | 1.43 | 1.45 |
| 44 | 5.65 | 6.73 | 89 | 1.40 | 1.42 |
| 45 | 5.41 | 6.42 | 90 | 1.34 | 1.36 |
| 46 | 5.19 | 6.14 | 91 | 1.29 | 1.30 |
| 47 | 4.96 | 5.86 | 92 | 1.24 | 1.25 |
| 48 | 4.76 | 5.61 | 93 | 1.20 | 1.20 |
| 49 | 4.56 | 5.36 | 94 | 1.15 | 1.15 |
| 50 | 4.37 | 5.12 | 95 | 1.13 | 1.13 |
| 51 | 4.20 | 4.90 | 96 | 1.11 | 1.11 |
| 52 | 4.03 | 4.68 | 97 | 1.09 | 1.09 |
| 53 | 3.87 | 4.48 | 98 | 1.07 | 1.07 |
| 54 | 3.71 | 4.29 | 99 | 1.05 | 1.05 |
| 55 | 3.57 | 4.11 | | | |
| 56 | 3.43 | 3.93 | | | |
| 57 | 3.30 | 3.77 | | | |
| 58 | 3.18 | 3.61 | | | |
| 59 | 3.06 | 3.46 | | | |
| 60 | 2.94 | 3.32 | | | |

Russ000000338

1-178 01-192

TAC
Russell
Russell 0259 v

## THE BENEFICIARY

**Who Receives the Death Benefit --** When the Survivor dies, we will pay the death benefit to the beneficiary. The beneficiary is as designated in the application, unless changed as shown under "How to Change a Beneficiary" below. If the beneficiary is a partnership, we will pay the death benefit to the partnership as it exists when the Survivor dies.

**Protection of the Death Benefit --** To the extent permitted by law, no death benefit will be subject to the claims of the beneficiary's creditors or to any legal process against the beneficiary.

**If the Beneficiary Dies --** If any beneficiary dies before the Survivor, that beneficiary's interest in the death benefit will end. If any beneficiary dies at the same time as the Survivor, or within 30 days after the Survivor, that beneficiary's interest in the death benefit will end and if no benefits have been paid to that beneficiary. If the interest of all designated beneficiaries has ended when the Survivor dies, we will pay the death benefit to you. If you are not living at that time, we will pay the death benefit to the executor or administrator of your estate.

**How to Change a Beneficiary --** You may change the designated beneficiary by sending a satisfactory written notice to us. The change will not be effective until we record it at our Home Office. Even if the Survivor is not living when we record the change, the change will take effect as of the date it was signed. However, any benefits we pay before we record the change will not be subject to the change.

A beneficiary designated irrevocably may not be changed without the written consent of that beneficiary.

## PAYMENT OF THE DEATH BENEFIT

**Proof of Death --** Any death benefit payable because of the death of the Survivor will be paid when we receive due proof of the death of both Joint Insureds. We must be notified of the First Death within a reasonable time; but in no event later than one year after the date of the First Death. Upon the Survivor's death, such proofs must be sent to us at our Home Office. We will send appropriate forms to the beneficiary upon request. Any of our agents will help the beneficiary fill out the forms without charge. We will send all payments from our Home Office.

**Death Benefit --** The amount of the death benefit may be affected by other policy provisions such as Policy Loans, Misstatement of Age or Sex and Partial Surrenders.

**Death Benefit Option --** The death benefit will be based on whether you have chosen Option I or Option II, as shown on page 2 of the Policy Data. If you do not choose an option in the application, Option I will automatically take effect.

Option I: The death benefit will be the greater of:

(a)   the face amount plus the net increase, if any, in the accumulation value from the last policy anniversary to the date of the Survivor's death; or

(b)   the death benefit factor times the accumulation value as of the date of the Survivor's death.

Option II: The death benefit will be the greater of:

(a)   the face amount plus the accumulation value as of the date of the Survivor's death; or

(b)   the death benefit factor times the accumulation value as of the date of the Survivor's death.

The death benefit factors will be the greater of the factors in the Table of Death Benefit Factors on the following page, or the factors applicable to joint and last survivor insurance set forth in the Internal Revenue Code of 1986 ("IRC"), as in effect at the time the policy is issued and the regulations thereunder.

In no event will the amount of death benefit be less than the amount needed to continue to qualify the policy as a life insurance contract under Section 7702 of the IRC, as in effect at the time this policy is issued and the regulations thereunder.

We will reduce the death benefit by any existing policy loans, by the portion of the grace period premium necessary to provide insurance to the date of the Survivor's death, and by the pro-rata portion of the monthly deduction for the period from the last monthly policy date to the date of death.

The net increase in accumulation value is equal to:

(a)   the sum of all net premiums less any refunds since the last policy anniversary,

plus   (b)   accrued interest from the last policy anniversary to the date of death,

plus   (c)   any premium qualification credits,

minus   (d)   the sum of accrued monthly deductions from the last policy anniversary to the date of death.

minus   (e)   the sum of partial surrender amounts, partial surrender penalties and surrender-penalty-free withdrawal amounts.

(See Accumulation Values in the Guaranteed Values provision for details).

## SIMULTANEOUS DEATHS OF THE JOINT INSUREDS

If the Joint Insureds die simultaneously, the insurance provided by the policy, exclusive of any riders, will be payable as though the older Joint Insured died first.

Russ000000337

## DEFINITIONS

In this policy:

**We, our or us** means Transamerica Occidental Life Insurance Company.

**You and your** means the Owner of this policy.

The **Beneficiary** is the person to whom we will pay the death benefit if the Survivor dies.

**Accumulation Value** is the policy's total value as described in the Accumulation Values provision.

**Current Cash Value** means the accumulation value based on the current monthly deduction rates and the current declared interest rate, less any surrender penalty.

**First Death** means the first to die of the Joint Insureds.

A **Gross Premium** is 100% of any premium you pay.

**Guaranteed Cash Value** means the accumulation value based on the guaranteed monthly deduction rates and the cumulative guaranteed annual interest rate of 5%, less any surrender penalty.

**Home Office** means Transamerica Occidental Life Insurance Company, Box 2101, Los Angeles, California, 90051-0101.

**Joint Equal Age** means the adjusted age of the Joint Insureds which reflects a risk that would be equivalent to two people of the same age, class of risk and smoking status.

**Joint Insureds** means the two persons whose lives are insured under the policy.

**Lapse** means termination of the policy at the end of the grace period due to insufficient premium or accumulation value. If there is remaining net cash value at the end of the grace period it will be applied to the Nonforfeiture Option.

The **Maturity Date** is the policy anniversary nearest the Insureds' Joint Equal Age 100.

A **Monthly Deduction** is an amount we withdraw from the accumulation value at the end of each policy month.

The Monthly Deduction is equal to:

      (a) the monthly deduction rate, times .001, times the difference between the death benefit and the accumulation value at the beginning of the policy year,

plus   (b) the monthly deduction for any riders,

plus   (c) an expense charge equal to the policy fee as shown on page 2A of the Policy Data.

The **Maximum Loan Value** is the largest amount you may borrow under the loan provisions.

A **Policy Loan** is indebtedness to us for a loan secured by this policy.

The **Net Cash Value** is the current cash value less any existing loans.

A **Net Premium** is 97% of any premium you pay. We take 3% of any premium as an administrative charge.

A **rider** is an attachment to the policy that provides an additional benefit.

**Reinstate** means to restore coverage after the policy has lapsed.

The **Required Premium Per Year** is the minimum amount of premium you must pay in each of the first five policy years.

**Survivor** means the second to die of the Joint Insureds.

**Written request** means a signed request in a form satisfactory to us that is received at our Home Office.

We will send any **notice** under the provisions of this policy to your last known address and to any assignee of record.

We will use the **Policy Date** shown in the Policy Data to determine the monthly policy dates, policy anniversaries and policy years.

## OWNERSHIP

**Owner of the Policy** -- The Joint Insureds together will be the Owner, unless someone else is shown as the Owner in the application or in any supplemental agreement attached to the policy. The Joint Insureds, as owners, are entitled to the rights granted under the policy while both are alive. After the First Death, the Survivor will be the sole Owner if the policy was jointly owned. If the Owner is an individual other than the Joint Insureds, and dies before the Joint Insureds, the rights of the Owner belong to the executor or administrator of the Owner's estate unless otherwise provided in the policy. If the Owner is a partnership, the rights belong to the partnership as it exists when a right is exercised.

**Assignment of the Policy** -- We are not responsible for the adequacy of any assignment. However, if you file the assignment with us and we record it at our Home Office, your rights and those of any revocable beneficiary will be subject to it.

Russ000000336

TAC
Russell
Russell 0257 v

No Cash Value or Dividends. This rider does not have cash value, and does not participate in our profits or surplus.

Termination of Rider. This rider terminates on the earliest of the following dates:

1.  the date of the First Death.

2.  the date you elect to exchange the Original Policy under this rider or the split option endorsement.

3.  the date you change the Original Policy to paid-up insurance.

4.  the date you surrender or terminate the Original Policy.

5.  the date the Original Policy lapses under the Original Policy's grace period provision.

Reinstatement of the Rider. If the Original Policy and rider lapse, you may reinstate the rider at the same time the Original Policy is reinstated. We will, however, require acceptable proof of insurability on both Joint Insureds.

Misstatement of Age.  We will follow these rules:

1.  If a misstatement of either Joint Insured's age is found before this option is used and the Original Policy's death benefit is reduced as a result, we will proportionately reduce the rider benefit amount.

2.  If a misstatement of either Joint Insured's age is found after this option is used, the death benefit amount under the New Policy will be subject to the Misstatement of Age provision of the New Policy.

Policy Changes. If the face amount of the Original Policy is changed for any reason, we will proportionately change the benefit.

Signed for the Company at Los Angeles, California and effective on the date the policy is issued unless a different effective date is shown here.

EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

PRESIDENT

1-093 11-192

PAGE 3

Russ000000352

Russell
Russell 0273 v
TAC

## RIGHT TO EXAMINE AND RETURN POLICY WITHIN 20 DAYS
### ENDORSEMENT

Transamerica Occidental Life Insurance Company has issued this endorsement as a part of the policy to which it is attached. It replaces the Right to Examine and Return Policy Within 10 Days provision on page 1 of the policy.

Right to Examine and Return Policy Within 20

Days -- The owner may, at any time within 20 days after receipt of this policy, return it for cancellation to us or to the agent through whom it was purchased. The return of the policy will void it from the beginning and any premium paid will be refunded to the owner.

Signed for the Company at Los Angeles, California, on the date of issue of the policy.

EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

PRESIDENT

1-001 45-178

Russ000000353

Russell
Russell 0274 v
TAC

## AUTOMATIC PREMIUM LOAN ENDORSEMENT
(for policies containing a Required Annual Premium)

Transamerica Occidental Life Insurance Company has issued this endorsement as a part of the policy to which it is attached.

When the Automatic Premium Loan provision is made effective by the owner in the application at the time of issue, any portion of the required annual premium which remains unpaid at the end of a grace period will be paid by automatic premium loan. These rules will apply:

(1) We will process an automatic premium loan if there is enough net cash value to pay both the required annual premium due and interest due on the automatic premium loan. If there is not enough net cash value to pay both the required annual premium due and the interest on the automatic premium loan, we will not make an automatic premium loan. The policy will then lapse subject to the nonforfeiture provision.

(2) The Automatic Premium Loan will also be subject to all sections of this policy that pertain to policy loans.

(3) If the Automatic Premium Loan provision is made ineffective by the owner in the application at the time of issue, this provision may be requested by the owner. The request must be in the form of a written notice filed at our Home Office. This provision may also be cancelled by written notice by the owner filed in our Home Office.

The Automatic Premium Loan Provision will terminate at the end of the required annual premium period.

Signed for the Company at Los Angeles, California, on the date of issue of this policy.

_James W. Dedrick_

EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL
AND CORPORATE SECRETARY

_David R Carpenter_

PRESIDENT

1-002 65-187

Russ000000354

Russell

Russell 0275 v TAC

## OPTION TO CHANGE TO SINGLE LIFE POLICY
### ENDORSEMENT

Transamerica Occidental Life Insurance Company has issued this endorsement as part of the policy to which it is attached ("The Original Policy").

**Benefit.** Subject to the conditions and restrictions of this endorsement, this benefit provides you with an option ("the option") to exchange the Original Policy for an individual policy, on the Survivor of the Joint Insureds, upon the First Death of the Joint Insureds. The face amount of the New Policy may not exceed the face amount shown on page 2 of the date page of the Original Policy.

The accumulation value and any outstanding policy loans under the Original Policy will be transferred to the New Policy.

If the face amount of the New Policy is less than the face amount of the Original Policy, we will refund a pro-rata portion of the net cash value of the original policy to you as described in the Exchange Adjustments section of this endorsement.

A policy exchange may have possible tax consequences. You may want to consult a qualified tax advisor.

**Effective Date.** If the option is elected, the effective date of the exchange will be the date the option is exercised.

**Election.** To elect this option, the owner(s) must notify the Home Office of the Company in writing within 60 days of the date of the First Death of the Joint Insureds.

We must also receive all of the following in order to process the exchange.

1. The release of any lien against or assignment of the Original Policy. However, you may instead submit written approval by the lienholders or assignees of the exchange of policies in a form satisfactory to us with such other documents as we may require.

2. The Original Policy.

3. A policy change application containing the request to exercise the option, a request to surrender the Original Policy, and written consent of the owner(s) to the exchange.

The application for the Original Policy and the policy change application will be considered to be the application for the New Policy.

New Policy. The exchange must be to a single life flexible premium adjustable life plan on a form designated by the Company for such purpose. The Company will have at least one form available for exchange. The New Policy will be issued based on the sex, age, class of risk, and smoking status of the Survivor of the Joint Insureds as of the time the Original Policy was issued.

The policy date of the New Policy will be the same date as the policy date of the Original Policy.

The monthly deductions for the New Policy will be based on our published rates in effect on the date of the exchange. riders that form a part of the Original Policy, and any new riders requested, will become a part of the New Policy only if the Company agrees to provide them on the date of the exchange.

The New Policy will take effect immediately upon termination of the Original Policy. Under no circumstances will we pay a death benefit under both the Original Policy and the New Policy on the same insured.

**Loans and Assignment.** Any policy loan will be transferred to the New Policy. If there is an assignment on the Original Policy and you want to carry over that assignment to the New Policy, you will need to execute a new assignment.

**Exchange Adjustments.** The following adjustments may be made at the time of the exchange.

1. If the face amount of the New Policy is less than the face amount of the Original Policy and the Original Policy is still in the surrender penalty period, we will deduct a pro-rata surrender penalty from the accumulation value less any loans not applied to the New Policy. We will also deduct the pro-rata portion of the loan not applied to the New Policy from any cash value refunded.

2. If the Original Policy was in force for less than five years, the minimum initial premium for the New Policy will be equal to one time premium which is the greatest of the following amounts:

   (a) zero

   (b) the cumulative total of the required annual premiums applicable to the New Policy for the number of years that the Original Policy was in force, less the total accumulation value transferred into the New Policy, or

PAGE 1

(c) the sum of the first three monthly deductions due under the New Policy, less the total accumulation value less any loans transferred into the New Policy.

3. If the Original Policy was in force for five years or longer, the minimum initial premium for the New Policy will be equal to one time premium which is the greater of the following amounts:

   (a) zero

   (b) the sum of the first three monthly deductions due under the New Policy, less the total accumulation value less any loans transferred into the New Policy.

The one time premium will be applied to the New Policy as a gross premium.

**Ownership.** If the Joint Insureds are the owners of the Original Policy, the Survivor will be the owner of the New Policy on his or her own life. If the owner of the Original Policy is someone other than the Joint Insureds, the owner of the Original Policy will be the owner of the New Policy. If the requested owner(s) of the New Policy is different than that in the Original Policy, we may require evidence of insurable interest in the life of the insured under the New Policy.

**Beneficiary.** The beneficiary of the New Policy will be the same as the Original Policy.

**Suicide and Incontestability.** If the option is elected, the period for which the Survivor of the Joint Insureds was covered prior to the date of the exchange will be used to offset the time period for the suicide exclusion and incontestability provision under the New Policy.

If the Original Policy is contested, subject to the incontestability provision of the Original Policy, we will cancel this endorsement. If the Original Policy's premiums are refunded under its Suicide exclusion, we will cancel this endorsement.

**Termination of Option.** This option terminates on the earliest of the following dates:

1. 60 days after the date of the First Death.

2. the date you elect to exchange the original policy under this endorsement to an individual policy.

3. the date you elect to exchange the Original Policy under the Guaranteed Policy Split Option rider or the split option endorsement.

4. the date you change the Original Policy to paid-up insurance.

5. the date you surrender or terminate the Original Policy.

6. the date the Original Policy lapse under the Original Policy's grace period.

**Reinstatement of the Option.** If the Original Policy lapse, you may reinstate the option at the same time the Original Policy is reinstated.

**Misstatement of Age.** We will follow these rules:

1. If a misstatement of either Joint Insured's age is found before this option is used and the Original Policy's death benefit is reduced as a result, we will proportionately reduce the benefit amount.

2. If a misstatement of either Joint Insured's age is found after this option is used, the death benefit amount under the New Policy will be subject to the Misstatement of Age provision of the New Policy.

**Policy Changes.** If the face amount of the Original Policy is changed for any reason, we will proportionately change the benefit.

Signed for the Company at Los Angeles, California and effective on the date the policy is issued, unless a different effective date is shown here.

Executive Vice President, General Counsel
And Corporate Secretary

President

Russell
Russell 0277 v
TAC

Russ000000356

PAGE 2

Transamerica Occidental
Life Insurance Company
Home Office: Los Angeles, CA

APPLICATION AMENDMENT

Life Insured: ERNEST WAYNE RUSSELL JR
SHIRLEY T RUSSELL

The Application for Policy No. 92492224 is amended as follows:

QUESTION 12 PART I: AMOUNT APPLIED FOR: $2,500,000.00.

QUESTION 19 PART I: COMMITTED REQUIRED ANNUAL PREMIUM:
$23,047.00. PLANNED PERIODIC PREMIUM: $23,047.00 ANNUALLY.
INITIAL LUMPSUM: $0.

QUESTION 26 PART I: APPLIED ALSO WITH GENERAL AMERICAN
FOR SURVIVOR LIFE POLICY OF $7,000,000. $2,000,000 OF
THEIR COVERAGE TO BE TAKEN. TOTAL NEW INSURANCE TO BE
PLACED (INCLUDING TRANSAMERICA) WILL BE $9,500,000 WITH
TOTAL ULTIMATE INSURANCE LINE OF $18,230,000.

I represent, to the best of my knowledge and belief, that since the date of the application for the policy no person to be covered by the policy has, except as stated below,

1. Had a change in health due to injury or sickness; or
2. Consulted, been examined, or been treated by any physician or practitioner; or
3. Changed occupation, aviation or military status; or
4. Had any life or accident and sickness, or medical service benefits declined, modified, cancelled, or been refused issue, renewal or reinstatment of such insurance or benefits; or
5. Applied for issuance or reinstatement of any insurance providing income during disability or providing hospital or medical expense benefits.

The only exceptions are: (State "none" if there are no exceptions) _____

It is agreed that this amendment shall be part of the application for the policy.

Signed at _____ on _____ 19. _____

Witness to all signatures (Licensed Resident Agent, as required)

GEORGE E RUSSELL TRUSTEE

ERNEST WAYNE RUSSELL JR

SHIRLEY T RUSSELL

Russell
Russell 0278 v
TAC

Russ000000357

PE 2-185

*9249 2224*



**TRANSAMERICA LIFE COMPANIES**

Transamerica Center
1150 South Olive
Los Angeles, CA 90015

**Application Part I**
**Individual Life Insurance**

☒ Transamerica Occidental Life Insurance Company     ☐ Transamerica Assurance Company  *(Check One)*

**Section A.**

1. Name of Proposed Insured:
   Ernest _First_ Wayne _Middle_
   Russell _Last_  _Title_

2. Age: *(Nearest Birthday)*  52

3. Sex: ☒ Male  ☐ Female

4. Date of Birth: Month 9  Day 22  Year 42

5. Place of Birth: _____

6. Social Security #: 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

7. Residence Address: 3326 Stratford Lane
   Montgomery, AL 36111

8. Telephone Number: Home: 205-834-4689
   Business: 205-834-3750

9. Employer: Name: Russell Petroleum
   Address: 3578 Tankview Court
   Montgomery, AL

10. Occupation: Title: President
    Industry/Duties: Owner

11. Name of Plan Applied for: TransSurvivor Life
    ☒ Preferred Nonsmoker – Kind Code: 6401
    ☐ Nonsmoker – Kind Code: _____
    ☐ Preferred Smoker – Kind Code: _____
    ☐ Smoker – Kind Code: _____

12. Amount Applied for: $ 1,000,000

13. Rating Class of Risk Applied for:
    Standard Rating Risk Class Unless Otherwise Indicated
    ☐ Substandard Rating Risk Class of _____

14. Riders:
    ☐ Waiver of Premium
    ☐ Accident Indemnity $ _____
    ☐ Living Benefit Rider—Complete Application Supplement
    ☐ Guaranteed Survivor Option: Option Amount $ _____
       Complete Section B
    ☐ Family Rider: Units _____ Complete Section B/C.
    ☐ Children's Rider: Units _____ Complete Section C.
    ☐ Other *(Include details)*: _____

15. Owner *(If Other than Proposed Insured)*:
    ☐ Corporation
    ☐ Partnership
    ☒ Trust
    ☐ Other
    ☐ For a Juvenile, also complete Section D.
    Full Name: The Russell Insurance Trust, George E. Russell - Trustee
    Soc. Sec. Tax or Employer ID No.: _____
    dated 8-18-87
    Address: _____

16. Beneficiary: State full name and relationship to Proposed Insured.
    If more than one, then equally to the survivors unless otherwise
    stated. For trust designation, provide complete date of trust.
    The Russell Insurance Trust
    George E. Russell - Trustee
    dated 8-18-87
    Address: _____

    If other than immediate family member, provide insurable interest in
    Remarks.

17. Dividend Option for Participating Plans:
    ☐ Cash
    ☐ Premium Reduction
    ☐ Paid Up Additions
    ☐ Accumulations
    ☐ One Year Term for Full Amount Dividend will Purchase
    ☐ One Year Term Equal To Cash Value As Of Next Anniversary
       With Remainder In _____

18. Mode of Premium:
    ☒ Annual
    ☐ Semi-Annual
    ☐ Quarterly
    ☐ Monthly

19. Flexible Premium Plans Information:
    Required Premium Per Year (RAP) $ 10,630
    Planned Periodic Premium $ -0-
    • Initial Lump Sum $ 70,359
    • Total Initial Payment $ 70,359

20. Billing Type — Direct Collection Unless Otherwise Noted:
    ☐ Pre-Authorized Check (O & M Only)
    ☐ Government Allotment (M Only)
    ☐ Salary Deduction No. _____

21. Automatic Premium Loan:
    ☐ Effective
    ☐ Not Effective

22. Special Information for Premium Notices:
    Name: _____
    Billing Address: _____

23. Combined Billing:
    ☐ Yes - Give details in Remarks     Russ000000358
    ☐ No

|||||||||||| *(barcode)*

**24. Replacement of Insurance Coverage:**
☒ Yes   ☐ No   Will insurance, including annuities, in any company be discontinued or changed if the insurance applied for is issued?

**25. Other Insurance Now In Force:**
Total Life Insurance All Companies: $ 6,000,000

| Company | Amount | Issue Yr. | Bus/Per. | Replace |
|---------|--------|-----------|----------|---------|
| TN Eng | $250,000 | 1970's | | ☒ Yes ☐ No |
| New Eng | 2,550,000 | | | ☐ Yes ☒ No |
| Prov. Home Life | 3.2 million | | | ☐ Yes ☒ No |
| | | | | ☐ Yes ☐ No |

Accidental Death Insurance: $ _____

**26. Pending Insurance:**
☒ Yes   ☐ No   Is any application for life insurance on Proposed Insured pending in any other company? Explain "Yes" in Remarks, including name of company, amount applied for and total amount to be placed.

**27. Prior Insurance:**
☒ Yes   ☐ No   Has any other company declined to issue, reinstate or renew, rated, modified, postponed or cancelled, any life insurance on Proposed Insured?

**28. Smoking Habits:**
Has Proposed Insured used tobacco at any time?

| | | | Date Last Used |
|---|---|---|---|
| ☐ Yes | ☒ No | Cigarettes | _____ |
| ☐ Yes | ☒ No | Cigar | _____ |
| ☐ Yes | ☒ No | Pipe | _____ |
| ☐ Yes | ☒ No | Chewing Tobacco | _____ |
| ☐ Yes | ☒ No | Other | _____ |

**29. Driving Record:**
What is Proposed Insured's driver's license
No.: 1431457   State: AL
Has Proposed Insured been convicted of or pleaded guilty to:
☐ Yes  ☒ No   A.  Two or more moving violations and/or accidents within the past 3 years?
☐ Yes  ☒ No   B.  Driving under the influence of alcohol and/or other drugs or reckless driving within the past 5 years?

**30. Aviation:**
☐ Yes  ☒ No   Does Proposed Insured intend to fly other than as a passenger or flown other than as a passenger during the past two years? If "Yes", complete Aviation Questionnaire.

**31. Foreign Travel:**
☐ Yes  ☒ No   Does Proposed Insured intend to travel outside the U.S. or Canada within the next two years, except for purely vacation travel? Give destination, length of stay, number of trips per year and purpose in Remarks.

**32. Recreational Activities (Avocation and Sports):**
Within the last year has Proposed Insured participated in:
☐ Yes  ☒ No   A.  Aeronautics (including hang-gliding, ultra-light, soaring, sky diving, ballooning, etc.)?
☐ Yes  ☒ No   B.  Powered racing or competitive vehicles (including motorcycles, automobiles and motor boats, etc.)?
☐ Yes  ☒ No   C.  Recreational vehicles over open terrain, trails, sand, snow or ice (including snow-mobiles, dirt bikes and dune buggies, etc.)?
☐ Yes  ☒ No   D.  Skin or scuba diving, mountain climbing, rodeos, competitive skiing? If "Yes", complete Avocation and Sports Questionnaire.

**Remarks:** #26 / #27 } Has applied to other companies for like amounts but only one contract will be taken. No additional amount. Rated on Preliminary applications. All existing insurance was issued Preferred Standard basis.

---

**Section B.   ADDITIONAL PROPOSED INSURED**

**33. Name of Additional Proposed Insured:**
Shirley   Ann   Till
First   Middle
Russell
Last   Title

**34. Age:** (Nearest Birthday) 52

**35. Sex:** ☐ Male  ☒ Female

**36. Date of Birth:** Month 7   Day 31   Year 42

**37. Place of Birth:** Greenville, AL

**38. Social Security #:** 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

**39. Occupation: Title:** housewife
Industry: _____
Duties: _____

**40. Policy Applied for in Section A., Question 11:**
☐ TransMax Survivor Life
☒ Other Trans Survivor Life

**41. Rider Applied for in Section A., Question 14:**
☐ Guaranteed Survivor Option: Option Amount $ _____
☐ Family Rider: Number of Units _____
☐ Other _____

**42. Smoking Habits:**
Has additional Proposed Insured used tobacco at any time?

| | | | Date Last Used |
|---|---|---|---|
| ☐ Yes | ☒ No | Cigarettes | _____ |
| ☐ Yes | ☒ No | Cigar | _____ |
| ☐ Yes | ☒ No | Pipe | _____ |
| ☐ Yes | ☒ No | Chewing Tobacco | _____ |
| ☐ Yes | ☒ No | Other | _____ |

Russ000000359

MPA 5-192

Russell 0280 v
Russell
TAC

(Continued on page 3)

9249 2224

Part I Application – Continued

43. Driving Record:
What is additional Proposed Insured's driver's license
No.: ~~K57~~ ~~77~~ ~~554~~ 1913566    State: A1
Has additional Proposed Insured been convicted of or pleaded guilty to:
☐ Yes  ☒ No    A.  Two or more moving violations and/or accidents within the past 3 years?
☐ Yes  ☒ No    B.  Driving under the influence of alcohol and/or other drugs or reckless driving within the past 5 years?

44. Aviation:
☐ Yes  ☒ No    Does additional Proposed Insured intend to fly other than as a passenger or flown other than as a passenger during the past two years? If "Yes", complete Aviation Questionnaire.

45. Foreign Travel:
☐ Yes  ☒ No    Does additional Proposed Insured intend to travel outside the U.S. or Canada within the next 2 years, except for purely vacation travel? Give destination, length of stay, number of trips per year and purpose in Remarks.

46. Recreational Activities (Avocation and Sports):
Within the last year has additional Proposed Insured participated in:
☐ Yes  ☒ No    A.  Aeronautics (including hang-gliding, ultra-light, soaring, sky diving, ballooning, etc.)?
☐ Yes  ☒ No    B.  Powered racing or competitive vehicles (including motorcycles, automobiles and motor boats, etc.,)?
☐ Yes  ☒ No    C.  Recreational vehicles over open terrain, trails, sand, snow or ice (including snowmobiles, dirt bikes and dune buggies, etc.)?
☐ Yes  ☒ No    D.  Skin or scuba diving, mountain climbing, rodeos, competitive skiing? If "Yes", complete Avocation and Sports Questionnaire.

46A. Replacement of Insurance Coverage:
☐ Yes  ☒ No    Will insurance, including annuities, in any company be discontinued or changed if the insurance applied for is issued?

Remarks:

---

Section C.  CHILDREN'S RIDER

47. Children to be covered under Family or Children's Rider
(Show additional children & details in Remarks)

| | Name | Ins. Age | Sex | Date of Birth |
|---|---|---|---|---|
| Child | | | | |
| Child | | | | |
| Child | | | | |
| Child | | | | |

48. ☐ Yes  ☐ No    Are there any children on whom coverage is not being requested?

49. ☐ Yes  ☐ No    Are there any children shown above who do not live with the applicant?
If "Yes", give name and reason:_____

Remarks:

---

Section D.  POLICY FOR A JUVENILE

50. Owner's relationship to Proposed Insured _____
If not parent or grandparent, either a parent or guardian must sign this application in addition to the applicant.

51. Full name of Mother _____

52. Full name of Father _____

53. Total amount of Life Insurance in force or pending on each sibling:

| Name | Amount |
|---|---|
| | |
| | |
| | |
| | |

54. ☐ Yes  ☐ No    Are all children being insured for equal amounts of coverage? If "No", explain in Remarks.

Remarks:

Russ000000360

Russell 0281  Russell v TAC

VPA 5-190

Part I Application - Continued

It is represented that the statements and answers given in this application are true, complete, and correctly recorded to the best of my(our) knowledge and belief. It is agreed that: (1) This application shall consist of Part 1 and Part 2 and shall be the basis for any policy issued on this application; (2) Except as otherwise provided in the conditional receipt, if issued, with the same number as Part 1 of this application, any policy issued on this application shall not take effect until after all of the following conditions have been met: (a) The full first premium is paid, (b) The Owner has personally received the policy during the lifetime of and while each Proposed Insured is in good health, and (c) All of the statements and answers given in this Application to the best of my(our) belief must be true and complete as of the date of Owner's personal receipt of the policy and that the policy will not take effect if the facts have changed; (3) No waiver or modification shall be binding upon the Company unless in writing and signed by the President or a Vice President and the Secretary or an Assistant Secretary; (4) The Company may indicate changes in the space for Home Office Changes in the Application for administrative purposes only. Any other changes in this application shall be subject to written consent by the Owner.

Please make checks payable to the Company. **DO NOT MAKE CHECKS PAYABLE TO THE AGENT OR LEAVE THE PAYEE SPACE BLANK.**

Amount paid with this Application $ _0_     on _11-3_ , 19_94_

Signed at _Montgomery, al._

Witness to all signatures (Licensed Resident Agent, as required)

Countersigned (if your state requires)

Licensed Resident Agent

X _Ernst Ward Russell Jr._
Signature of Proposed Insured

X _Shirley J. Russell_
Signature of additional adult Proposed Insured, if any

X _Lisa Elliott_
Owner, if other than Proposed Insured, must sign above

If Owner is a corporation, an authorized officer, other than the Proposed Insured must sign as owner, give Corporate title and full name of corporation below.

№ 0652973

## Authorization To Obtain Information

☒ Transamerica Occidental Life Insurance Company  } ("the Company")
☐ Transamerica Assurance Company

I (we) authorize any physician, medical practitioner, hospital, clinic, other medical or medically related facility, insuring or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, or employer having information available as to testing, diagnosis, treatment and prognosis with respect to any physical or mental condition (for example: coronary disease; cancer; HIV related test results or disorders; metabolic, pulmonary or neurological disorders) and/or treatment of me (us) or my (our) minor children and any other non-medical information of me (us) or my (our) minor children to give the Company or its legal representative, any and all such information.

I (we) understand the information obtained by use of the Authorization will be used by the Company to determine eligibility for insurance and eligibility for benefits under an existing policy. Any information obtained will not be released by the Company to any person or organization except to reinsurers, companies, the Medical Information Bureau, Inc., or other persons or organizations performing business or legal services in connection with my (our) application, claim or as may be otherwise lawfully required or as I (we) may authorize.

I (we) know that I (we) may request to receive a copy of this Authorization.

I (we) agree that a photographic copy of this Authorization shall be as valid as the original.

I (we) agree this Authorization shall be valid for two and one half years from the date shown below. (For Minnesota applications this shall be valid for 26 months from the date shown below; for Rhode Island applications this shall be valid for 24 months from the policy issue date.)

I (we) acknowledge receipt of the Notice of Disclosure of Information.

I (we) understand that if an investigative consumer report is ordered in connection with this application, I (we) may elect to be interviewed in connection with the preparation of the report and, upon request, I (we) will be provided with a copy of the report.

Russ000000361

☒ Yes  ☐ No    I (we) elect to be interviewed if an investigative consumer report is prepared.

Signed this _3rd_ day of _November_ , 19_94_

X _Ernst Ward Russell Jr._
Signature of Proposed Insured
(or parent or Guardian if proposed insured is a minor)

X _Shirley J. Russell_
Signature of additional Proposed Insured, to be covered

X _____
Name of Minor Child, if to be covered

X _____
Name of Minor Child, if to be covered

X _____
Name of Minor Child, if to be covered

X _____
Name of Minor Child, if to be covered

Russell 0282 v
TAC



 TRANSAMERICA
LIFE COMPANIES

Transamerica Center
1150 South Olive
Los Angeles, CA 90015

**Application Part 2**
**Non-Medical Repo:**

☑ Transamerica Occidental Life Insurance Company     ☐ Transamerica Assurance Company     (Check One)

This Part II is to be completed with respect to all persons to be covered, as shown below:

1. PROPOSED INSURED: _E. Wayne Russell, Jr_   Ht. _6'4_  Wt. _315_  Date of Birth: _9-22-4:_

2. FAMILY MEMBERS TO BE COVERED: *(Print names, heights and weights)*

| | ft. | in. | lbs. | | ft. | in. | lb. |
| | ft. | in. | lbs. | | ft. | in. | lb. |

3. If any child is less than one year old, give name and weight at birth: Name _____ Weight _____ lbs. _____ oz. _____

4. NAME AND ADDRESS OF YOUR FAMILY PHYSICIAN: _A. E. K. Campbell_

5. DATE AND REASON FOR LAST VISIT TO YOUR PHYSICIAN: _7-94 - cold_

6. IS ANY PERSON TO BE COVERED PRESENTLY TAKING ANY MEDICATION?   ☐ Yes  ☑ No

| | Yes | No | |
|---|---|---|---|
| 7. WITHIN THE PAST FIVE YEARS HAS ANY PERSON TO BE COVERED: | | | Give details of all "Yes" answers |
| A. Consulted, been examined or been treated by any physician or practitioner? ....... | ☑ | ☐ | questions 6-10, including name |
| B. Had an X-ray, electrocardiogram or any laboratory test or study? ................ | ☑ | ☐ | person affected, all dates, dia: |
| C. Had observation or treatment at a clinic, hospital or sanitarium? ................ | ☐ | ☑ | noses, durations, outcome and t |
| D. Had or been advised to have a surgical operation? ..................... | ☐ | ☑ | names and addresses of all hosp |
| E. Had dizziness, shortness of breath, pain or pressure in the chest? ........... | ☐ | ☑ | tals and attending physicians, |
| F. Had any injury requiring treatment? .................................. | ☐ | ☑ | additional space required, attac |
| 8. TO THE BEST OF YOUR KNOWLEDGE, HAS ANY PERSON TO BE COVERED HAD OR BEEN TOLD HE OR SHE HAD: | Yes | No | sheet of paper, signed, dated an witnessed. |
| A. Epilepsy, fainting spells, nervous or mental condition, neuritis, paralysis, or any disease or abnormality of the brain or nervous system? ...................... | ☐ | ☑ | #7 (A) cold - 7-94 |
| B. Heart attack, murmur, palpitation, or high blood pressure, anemia, varicose veins, or any disease or abnormality of the heart, blood or blood vessels? ................. | ☐ | ☑ | Dr. A. E. K. Campbell months #A1 - all sky |
| C. Tuberculosis, asthma, pleurisy, or any disease or abnormality of the lungs, bronchial tubes, throat or respiratory system? ................................... | ☐ | ☑ | #7 (b) Dr. —— EMG - 6/94 - |
| D. Ulcer, indigestion, colitis, gall stone, hernia or any disease or abnormality of the stomach, intestines, rectum, gall bladder or liver? ................................ | ☐ | ☑ | |
| E. Urinary sugar, albumin or stone, syphilis, menstrual disorder, or disease or abnormality of the breasts, kidneys, prostate, urinary or genital systems? ...... | ☐ | ☑ | |
| F. Diabetes, gout, or any disease or abnormality of the thyroid or other glands? ...... | ☐ | ☑ | |
| G. Arthritis, rheumatic fever, back trouble, or any disease or abnormality of the joints, muscles or bones? ...................................... | ☐ | ☑ | |
| H. Any disease or abnormality of the eyes, ears or skin? ...................... | ☐ | ☑ | |
| I. Cancer or tumor? ..................................... | ☐ | ☑ | |
| J. Any physical deformity or defect? ............................... | ☐ | ☑ | |
| K. An immune deficiency disorder, AIDS, the AIDS related complex (ARC) or test results indicating exposure to the AIDS virus? ....................... | ☐ | ☑ | |
| 9. WITHIN THE PAST TEN YEARS, HAS ANY PERSON TO BE COVERED USED: | Yes | No | |
| A. Amphetamines, barbiturates or sedatives except as prescribed by a physician? ..... | ☐ | ☑ | |
| B. Cocaine, heroin, morphine, LSD, marijuana, PCP or any other hallucinogenic or narcotic drug? ........................................ | ☐ | ☑ | |
| 10. A. Have any close relatives of any person to be covered ever had cancer, diabetes, or a nervous or mental abnormality? | Yes | No | |
| B. Has any person to be covered ever received treatment or joined an organization for alcoholism or drug addiction? | ☐ | ☑ | Russ000000362 |
| C. Is any person to be covered now pregnant? ............... | ☐ | ☑ | |

Are you applying for a non-smoker policy?  ☑ Yes  ☐ No  (If yes, complete Non-Smoker Questionnaire on the reverse side.)

It is represented that the statements and answers given above are true, complete and correctly recorded, to the best of my knowledge and belief. To the extent permitted by law, I expressly waive on behalf of myself and each family member proposed for insurance under this application all provisions of law prohibiting any physician, hospital official or employee, or any other person who has attended or examined me or them, or who has been consulted by me or them from disclosing any knowledge or information thereby acquired and from testifying with reference thereto, I expressly authorize such person to make such disclosures.

Signed at _Phenix __ AL_    on _11-30-_    , 19_94_

X _E.K. Murphy_
Witness to all Signatures

_(Parent or Guardian for Juvenile Policy)_

X
X _Ernest Wayne Russell Jr._
All Adults to be insured must sign above



**TRANSAMERICA LIFE COMPANIES**

Transamerica Center
1150 South Olive
Los Angeles, CA 90015

**Application Part 2**
**Non-Medical Report**

☒ Transamerica Occidental Life Insurance Company   ☐ Transamerica Assurance Company   (Check One)

This Part II is to be completed with respect to all persons to be covered, as shown below:

1. PROPOSED INSURED: _Shirley T. Russell_   Ht. _5'5"_ Wt. _210_ Date of Birth: _7.31.42_

2. FAMILY MEMBERS TO BE COVERED: *(Print names, heights and weights)*

| | ft. ___ in. ___ lbs. | | ft. ___ in. ___ lbs. |
| | ft. ___ in. ___ lbs. | | ft. ___ in. ___ lbs. |

3. If any child is less than one year old, give name and weight at birth: Name _____ Weight ___ lbs. ___ oz.

4. NAME AND ADDRESS OF YOUR FAMILY PHYSICIAN: _N. E. F. Campbell_ _Montg AL_

5. DATE AND REASON FOR LAST VISIT TO YOUR PHYSICIAN: _Feb 5 - Routine — All Okay_

6. IS ANY PERSON TO BE COVERED PRESENTLY TAKING ANY MEDICATION? ☒Yes ☐ No
_Premarin — HCTD, Byrue — G.YN_

7. WITHIN THE PAST FIVE YEARS HAS ANY PERSON TO BE COVERED:

| | Yes | No |
|---|---|---|
| A. Consulted, been examined or been treated by any physician or practitioner? | ☒ | |
| B. Had an X-ray, electrocardiogram or any laboratory test or study? | ☒ | |
| C. Had observation or treatment at a clinic, hospital or sanitarium? | | ☒ |
| D. Had or been advised to have a surgical operation? | | ☒ |
| E. Had dizziness, shortness of breath, pain or pressure in the chest? | | ☒ |
| F. Had any injury requiring treatment? | | ☒ |

8. TO THE BEST OF YOUR KNOWLEDGE, HAS ANY PERSON TO BE COVERED HAD OR BEEN TOLD HE OR SHE HAD:

| | Yes | No |
|---|---|---|
| A. Epilepsy, fainting spells, nervous or mental condition, neuritis, paralysis, or any disease or abnormality of the brain or nervous system? | | ☒ |
| B. Heart attack, murmur, palpitation, or high blood pressure, anemia, varicose veins, or any disease or abnormality of the heart, blood or blood vessels? | ☒ | |
| C. Tuberculosis, asthma, pleurisy, or any disease or abnormality of the lungs, bronchial tubes, throat or respiratory system? | | ☒ |
| D. Ulcer, indigestion, colitis, gall stone, hernia or any disease or abnormality of the stomach, intestines, rectum, gall bladder or liver? | | ☒ |
| E. Urinary sugar, albumin or stone, syphilis, menstrual disorder, or disease or abnormality of the breasts, kidneys, prostate, urinary or genital systems? | ☒ | |
| F. Diabetes, gout, or any disease or abnormality of the thyroid or other glands? | | ☒ |
| G. Arthritis, rheumatic fever, back trouble, or any disease or abnormality of the joints, muscles or bones? | | ☒ |
| H. Any disease or abnormality of the eyes, ears or skin? | | ☒ |
| I. Cancer or tumor? | | ☒ |
| J. Any physical deformity or defect? | | ☒ |
| K. An immune deficiency disorder, AIDS, the AIDS related complex (ARC) or test results indicating exposure to the AIDS virus? | | ☒ |

9. WITHIN THE PAST TEN YEARS, HAS ANY PERSON TO BE COVERED USED:

| | Yes | No |
|---|---|---|
| A. Amphetamines, barbiturates or sedatives except as prescribed by a physician? | | ☒ |
| B. Cocaine, heroin, morphine, LSD, marijuana, PCP or any other hallucinogenic or narcotic drug? | | ☒ |

10. A. Have any close relatives of any person to be covered ever had cancer, diabetes, or a nervous or mental abnormality?

| | Yes | No |
|---|---|---|
| | ☒ | |
| B. Has any person to be covered ever received treatment or joined an organization for alcoholism or drug addiction? | | ☒ |
| C. Is any person to be covered now pregnant? | | ☒ |

Give details of all "Yes" answers to questions 6-10, including name of person affected, all dates, diagnoses, durations, outcome and the names and addresses of all hospitals and attending physicians. If additional space required, attach sheet of paper, signed, dated and witnessed.

_#7(A) GYN ck-up Dr T.K. Byrne — All Okay — Normal 8/94 —_
_#7(b) Routine exam — D.E.K. Campbell — 1995 all okay used_
_#8(b) minimum — Dr E.A. Campbell — has recent_
_#8(c) has tendency — 1992 Dr. Byrne All Okay — not malignant_
_#10(a) Father died of colon cancer Age 72_

Russ000000363

Russell 000000363

Are you applying for a non-smoker policy? ☒ Yes ☐ No   (If yes, complete Non-Smoker Questionnaire on the reverse side.)

It is represented that the statements and answers given above are true, complete and correctly recorded, to the best of my knowledge and belief.

To the extent permitted by law, I expressly waive on behalf of myself and each family member proposed for insurance under this application, all provisions of law prohibiting any physician, hospital official or employee, or any other person who has attended or examined me or them, or who has been consulted by me or them from disclosing any knowledge or information thereby acquired and from testifying with reference thereto. I expressly authorize such person to make such disclosures.

Signed at _Montgomery (AL)_   on _11-3_   19 _96_

X _W. W. Flewellyn_   X _Shirley T. Russell_
Witness to all Signatures   X _____

Parent or Guardian (for Juvenile Policy)   All Adults to be Insured must sign above

Transamerica Occidental
Life Insurance Company
1150 South Olive Street
Los Angeles, CA  90015

Policy Form     USL
Individual Life Insurance


Joint and Last Survivor Adjustable Life Insurance
Minimum Premium Requirement
for the First Five Policy Years
Flexible Premiums Payable Thereafter During
Life of the Survivor of the Joint Insureds
Subject to the Limitations Described
in the Premiums Provision


Death Benefit Payable at Death of
Survivor Before Joint Equal Age 100
Net Cash Value, If Any, Payable at
Policy Anniversary Nearest
Joint Equal Age 100

Nonparticipating – No Annual Dividends


Russ000000364

Russell
Russell 0285 v
TAC

1-178 01-192

TRANSAMERICA
, LIFE COMPANIES

Transamerica Center
1150 South Olive Street
Los Angeles, CA 90015

Russell
Russell 0286