# Exhibit F

TRANSAMERICA OCCIDENTAL LIFE INSURANCE

TRANSAMERICA CENTER, 1150 SOUTH OLIVE, LOS ANGELES, CALIFORNIA

MAILING ADDRESS:  BOX 2101, LOS ANGELES, CALIFORNIA  90051-0101

---

STATEMENT OF POLICY COST AND BENEFIT INFORMATION

THIS FORM IS NOT A CONTRACT.  IT IS INTENDED ONLY AS A SUMMARY OF THE POLICY PROVISIONS SHOWN.  IN ALL CASES, CONSULT YOUR POLICY FOR FULL DETAILS.

PRESENTED FOR ERNEST WAYNE RUSSELL JR
AND SHIRLEY T RUSSELL

PREPARED ON DEC 17, 1994

POLICY NUMBER          92492224

AGENT'S NAME        ..............................
AGENT'S ADDRESS     ..............................
                    ..............................

DEFENDANT'S EXHIBIT 17

FOR FURTHER INFORMATION, CONTACT YOUR AGENT, OR WRITE TO THE COMPANY AT THE MAILING ADDRESS LISTED ON TOP OF THIS PAGE.

Russ000000135

2867          Russell                                            PAGE   1
        Russell 0135 v
                  TAC

STATEMENT OF POLICY COST AND BENEFIT INFORMATION

PROPOSED JOINT INSUREDS    ERNEST WAYNE RUSSELL JR    JOINT EQUAL AGE 52
                           AND SHIRLEY T RUSSELL

POLICY NUMBER    92492224                              POLICY FORM 1-178 01-192

---

TRANS SURVIVOR LIFE.
JOINT AND LAST SURVIVOR ADJUSTABLE LIFE INSURANCE.
FLEXIBLE PREMIUMS PAYABLE DURING LIFE OF THE SURVIVOR
OF THE JOINT INSUREDS.
DEATH BENEFIT PAYABLE AT DEATH OF SURVIVOR.
NET CASH VALUE PAYABLE AT SURVIVOR'S JOINT EQUAL AGE 100.
NON-PARTICIPATING.

---

ANNUAL LOAN INTEREST RATE PAYABLE IN ADVANCE: 7.40%

---

ILLUSTRATIVE PREMIUMS (1)
GUARANTEED BASIS (2)

| END OF POLICY YEAR | PLANNED ANNUALIZED PREMIUM | DEATH BENEFIT | ACCUMULATION VALUE(3) | CASH VALUE |
|---|---|---|---|---|
| 1 | $23,047.00 | $2,500,000 | $23,398 | $0 |
| 2 | 23,047.00 | 2,500,000 | 48,425 | 0 |
| 3 | 23,047.00 | 2,500,000 | 74,403 | 16,903 |
| 4 | 23,047.00 | 2,500,000 | 101,435 | 46,435 |
| 5 | 23,047.00 | 2,500,000 | 129,531 | 77,031 |
| 10 | 23,047.00 | 2,500,000 | 282,372 | 242,372 |
| 15 | 23,047.00 | 2,500,000 | 451,738 | 429,238 |
| 20 | 23,047.00 | 2,500,000 | 612,037 | 612,037 |
| AGE 60 | 23,047.00 | 2,500,000 | 218,599 | 173,599 |
| AGE 65 | 23,047.00 | 2,500,000 | 383,204 | 353,204 |

COST INDEXES AT 5.00 % ON GUARANTEED BASIS

|  | SURRENDER COST INDEX | NET PAYMENT COST INDEX |
|---|---|---|
| 10 YEARS | 1.88 | 9.22 |
| 20 YEARS | 2.17 | 9.22 |

Russ000000136

2867                                                Russell      PAGE   2
                                          Russell 0136 v
                                                       TAC



CURRENT BASIS  (5)

| END OF POLICY YEAR | PLANNED ANNUALIZED PREMIUM | DEATH BENEFIT | ACCUMULATION VALUE(3) | CASH VALUE (4) |
|---|---|---|---|---|
| 1 | $23,047.00 | $2,500,000 | $23,733 | $0 |
| 2 | 23,047.00 | 2,500,000 | 49,474 | 0 |
| 3 | 23,047.00 | 2,500,000 | 76,586 | 19,086 |
| 4 | 23,047.00 | 2,500,000 | 105,215 | 50,215 |
| 5 | 23,047.00 | 2,500,000 | 135,416 | 82,916 |
| 10 | 23,047.00 | 2,500,000 | 308,702 | 268,702 |
| 15 | 23,047.00 | 2,500,000 | 528,355 | 505,855 |
| 20 | 23,047.00 | 2,500,000 | 822,245 | 822,245 |
| AGE 60 | 23,047.00 | 2,500,000 | 234,700 | 189,700 |
| AGE 65 | 23,047.00 | 2,500,000 | 433,134 | 403,134 |

COST INDEXES AT 5.00% ON CURRENT BASIS

|  | SURRENDER COST INDEX | NET PAYMENT COST INDEX |
|---|---|---|
| 10 YEARS | 1.08 | 9.22 |
| 20 YEARS | -0.25 | 9.22 |

Russ000000137

2867      Russell
     Russell 0137 v
                TAC

PAGE   3

(1) THE ACCUMULATION AND CASH VALUES RESULT FROM THE INTEREST RATES, MONTHLY DEDUCTIONS, PREMIUM QUALIFICATION CREDITS AND THE TIMELY PAYMENT OF THE PLANNED ANNUALIZED PREMIUMS. PARTIAL SURRENDERS, SURRENDER-PENALTY-FREE WITHDRAWALS OR LOANS MAY CHANGE THESE RESULTS.

(2) RESULTS CALCULATED ON A GUARANTEED BASIS REFLECT GUARANTEED MONTHLY DEDUCTIONS AND THE CUMULATIVE GUARANTEED ANNUAL INTEREST RATE OF 5.00%

(3) ACCUMULATION VALUES REFLECT ACCUMULATED NET PREMIUMS AND PREMIUM QUALIFICATION CREDIT AMOUNTS PLUS ACCRUED INTEREST LESS ACCRUED MONTHLY DEDUCTIONS WHICH INCLUDE THE POLICY FEE AND THE COST OF ANY RIDER WHILE A POLICY LOAN EXISTS, THE INTEREST RATE APPLICABLE TO THE ACCUMULATION VALUE SECURING THE LOAN MAY DIFFER FROM THE INTEREST RATE APPLICABLE TO THE ACCUMULATION VALUE NOT SECURING THE LOAN.

(4) THE DIFFERENCE BETWEEN THE ACCUMULATION VALUE AND THE CASH VALUE IS THE SURRENDER PENALTY.

(5) RESULTS CALCULATED ON A CURRENT BASIS REFLECT CURRENT MONTHLY DEDUCTIONS AND THE DECLARED INTEREST RATE OF 6.50 %

(6) THE ACTUAL COST MAY INCREASE OR DECREASE DEPENDING UPON FUTURE MORTALITY CHARGES, CREDITED INTEREST RATES AND THE TIME WHEN SURRENDER OCCURS.

CURRENT MONTHLY DEDUCTIONS ARE NOT GUARANTEED AFTER THE FIFTH YEAR, NOR ARE THEY ESTIMATES FOR THE FUTURE.

SURRENDER CHARGES DURING THE FIRST 20 POLICY YEARS ARE SHOWN ON PAGES 11-12 O THE POLICY. THERE IS AN ADMINISTRATIVE CHARGE OF 3% OF EACH GROSS PREMIUM. A POLICY FEE OF $4.00 WILL BE ADDED INTO EACH MONTHLY DEDUCTION DURING EACH POLICY YEAR.

EXPLANATIONS OF THE INTENDED USES OF THE COST INDEXES ARE INCLUDED IN THE LIFE INSURANCE BUYER'S GUIDE. THE INDEXES ARE USEFUL ONLY FOR COMPARISON OF THE RELATIVE COST OF TWO OR MORE SIMILAR PLANS OF INSURANCE WITH SIMILAR COST GUARANTEES AND WITH ILLUSTRATIONS BASED ON SIMILAR ASSUMPTIONS.

PREMIUMS ARE SUBJECT TO REFUND UNDER CONDITIONS DESCRIBED IN THE POLICY.

STATEMENT OF POLICY COST AND BENEFIT INFORMATION

```
PROPOSED INSURED      ERNEST WAYNE RUSSELL JR
                      AND SHIRLEY T RUSSELL

POLICY NUMBER         92492224
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  | OPTIONAL BENEFITS AND RIDERS | INITIAL |
|---|---|---|
| RIDER | BENEFIT/RIDER | ANNUAL |
| FORM | DESCRIPTION | PREMIUM |
| 93 11 192 | GUARANTEED POLICY SPLIT OPTION RIDER - NONPARTICIPATING. WHILE IN FORCE, THIS RIDER PROVIDES A ONE TIME OPTION TO SPLIT THE POLICY, SUBJECT TO RIDER PROVISIONS. ALL CONDITIONS AND DEFINITIONS OF THE RIDER MUST BE SATISFIED BEFORE THE POLICY SPLIT CAN BE MADE. WHEN THE POLICY IS SPLIT THE RIDER WILL TERMINATE AND HAVE NO FURTHER VALUE. | $0.00 |

Russ000000139