

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE RUSSELL; RONALD W. RUSSELL as Trustee for The Russell Family Trust; THE RUSSELL FAMILY TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY; AUGUSTUS KIRBY CLEMENTS III; et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF JOHN M. COX

STATE OF MISSOURI    )
                    )
COUNTY OF JACKSON    )

Appeared before me John M. Cox and being over the age of 18 and duly sworn, stated as follows:

My name is John M. Cox and I am a Senior Customer Service Representative for Transamerica Occidental Life Insurance Company ("Transamerica"). I have personal knowledge regarding the following:

Ernest W. Russell, Jr. and Shirley T. Russell are the joint insureds under a Transamerica TransSurvivor Life joint and survivor life insurance Policy No. 92492224 with a death benefit of $2.5 million dollars. Pursuant to the application for insurance, the policy owner directed Transamerica to send it scheduled Planned Periodic Premium Notices on an annual basis for the planned amount of $23,047.00 beginning December 1994. After the five year Required Annual Premium commitment was met, no additional out-of-pocket premiums were ever required under the Policy unless the Policy's accumulation value became insufficient to cover the monthly deduction due for the cost of insurance and other charges. On December 13, 2004, the owner paid an eleventh annual Planned Periodic Premium, but it was by no means required to keep the policy in force. At that time, the Policy had a cash value of $262,432.00 and an accumulation value of $297,432.00. If the payment on December 13, 2004 had not been made and no premiums were made thereafter, the Policy would still have stayed in full force and effect and, under the current rate of interest and monthly deductions, would continue for the next 29 years, or until the joint insureds reached age 91. Under the guaranteed worst case scenario, which would include the minimum interest rate that could be credited and the highest cost of insurance that could be charged, if no further premiums had been paid after the tenth annual planned premium, the Policy would remain in effect for the next 15 years or until the joint insureds reached age 77. Attached is an illustration showing the effect of reversing the $23,047.00 premium paid December 13, 2004 and paying no further premiums for the Policy. Transamerica has no record of any contact or inquiries from anyone with respect to Policy No. 92492224 as to whether any additional premiums were "required" or whether or not the policy would stay in full force and effect if no further premiums were paid.

Further the affiant sayeth not.

_____
John M. Cox
Sr. Customer Service Representative

STATE OF MISSOURI            )
                             )
COUNTY OF JACKSON            )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that on this date there appeared before me John M. Cox, who is known to me, and who, being duly sworn, states that having read the foregoing instrument he signed the same as an act of his own free will on the day the same bears date.

    Given under my hand and seal this the __10__ day of October, 2005.

PHILIP M. HALL
Notary Public-Notary Seal
State of Missouri
Jackson County
My Commission Expires Jul 28, 2006

_____
Notary Public

My Commission Expires: __7.28.06__

```
                              TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY
1ST JT. INSURED: ERNEST W RUSSELL JR       TRANSSURVIVOR (SM) LIFE           INITIAL FACE AMOUNT: $2,500,000
1ST JT. INSURED: MALE   AGE: 52 PREF/NON-SMOKER   POLICY #92492224           PAYABLE: ANNUALLY
                                            ISSUED DECEMBER 20, 1994
2ND JT. INSURED: SHIRELY T RUSSELL
2ND JT. INSURED FEMALE  AGE: 52 PREF/NON-SMOKER

JOINT EQUAL AGE: 52 JOINT SMOKER STATUS: NON-SMOKER
CASH VALUE ACCUMULATION TEST @@ (KIND 6901)
```

|  |  |  | ASSUMED INTEREST RATE (5.00%) CURRENT MONTHLY DEDUCTIONS | | | GUARANTEED INTEREST RATE GUARANTEED MONTHLY DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| END OF POLICY YR AGE | ANNUALIZED PREMIUM | ANNUAL WITHDRAWAL | CASH VALUE | ACCUM VALUE | DEATH BENEFIT | CASH VALUE | ACCUM VALUE | DEATH BENEFIT |
| 11 63 | 0 |  | 262,432 | 297,432 | 2,500,000 | 237,571 | 272,571 | 2,500,000 |
| 12 64 | 0 |  | 274,618 | 307,118 | 2,500,000 | 245,322 | 277,822 | 2,500,000 |
| 13 65 | 0 |  | 286,771 | 316,771 | 2,500,000 | 251,893 | 281,893 | 2,500,000 |
| 14 66 | 0 |  | 301,665 | 326,665 | 2,500,000 | 259,469 | 284,469 | 2,500,000 |
| 15 67 | 0 |  | 314,046 | 336,546 | 2,500,000 | 262,650 | 285,150 | 2,500,000 |
| 16 68 | 0 |  | 329,184 | 346,684 | 2,500,000 | 266,061 | 283,561 | 2,500,000 |
| 17 69 | 0 |  | 341,832 | 356,832 | 2,500,000 | 264,213 | 279,213 | 2,500,000 |
| 18 70 | 0 |  | 357,258 | 367,258 | 2,500,000 | 261,563 | 271,563 | 2,500,000 |
| 19 71 | 0 |  | 372,718 | 377,718 | 2,500,000 | 254,866 | 259,866 | 2,500,000 |
| 20 72 | 0 |  | 388,218 | 388,218 | 2,500,000 | 242,883 | 242,883 | 2,500,000 |
| 21 73 | 0 |  | 398,593 | 398,593 | 2,500,000 | 219,820 | 219,820 | 2,500,000 |
| 22 74 | 0 |  | 408,220 | 408,220 | 2,500,000 | 188,790 | 188,790 | 2,500,000 |
| 23 75 | 0 |  | 417,134 | 417,134 | 2,500,000 | 147,810 | 147,810 | 2,500,000 |
| 24 76 | 0 |  | 424,817 | 424,817 | 2,500,000 | 94,655 | 94,655 | 2,500,000 |
| 25 77 | 0 |  | 431,277 | 431,277 | 2,500,000 | 26,700 | 26,700 | 2,500,000 |
| 26 78 | 0 |  | 436,264 | 436,264 | 2,500,000 |  |  |  |
| 27 79 | 0 |  | 439,536 | 439,536 | 2,500,000 |  |  |  |
| 28 80 | 0 |  | 440,386 | 440,386 | 2,500,000 |  |  |  |
| 29 81 | 0 |  | 437,876 | 437,876 | 2,500,000 |  |  |  |
| 30 82 | 0 |  | 431,328 | 431,328 | 2,500,000 |  |  |  |
| 31 83 | 0 |  | 419,814 | 419,814 | 2,500,000 |  |  |  |
| 32 84 | 0 |  | 403,242 | 403,242 | 2,500,000 |  |  |  |
| 33 85 | 0 |  | 380,310 | 380,310 | 2,500,000 |  |  |  |
| 34 86 | 0 |  | 349,711 | 349,711 | 2,500,000 |  |  |  |
| 35 87 | 0 |  | 309,806 | 309,806 | 2,500,000 |  |  |  |
| 36 88 | 0 |  | 259,024 | 259,024 | 2,500,000 |  |  |  |
| 37 89 | 0 |  | 193,875 | 193,875 | 2,500,000 |  |  |  |
| 38 90 | 0 |  | 111,782 | 111,782 | 2,500,000 |  |  |  |
| 39 91 | 0 |  | 9,739 | 9,739 | 2,500,000 |  |  |  |

@@ THIS ILLUSTRATION ASSUMES THAT THE DEFINITIONAL REQUIREMENTS FOR A LIFE INSURANCE CONTRACT UNDER I.R.C. SECTION 7702 HAVE BEEN SATISFIED BY COMPLYING WITH THE CASH VALUE ACCUMULATION TEST.

**\*\*\*PLEASE NOTE: THIS ILLUSTRATION REFLECTS THE PREMIUM OF $23,047 PAID ON DECEMBER 13, 2004 WAS REVERSED.**

THIS IS AN ILLUSTRATION NOT A CONTRACT.  PRESENTED BY TRANSAMERICA  ON SEPTEMBER 27, 2005. AL.   PAGE 1 OF 2

TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY

```
1ST JT. INSURED: WAYNE W RUSSELL JR              TRANSSURVIVOR (SM) LIFE         INITIAL FACE AMOUNT: $2,500,000
1ST JT. INSURED  MALE   AGE: 52 PREF/NON-SMOKER                                  PAYABLE:  ANNUALLY

2ND JT. INSURED: SHIRLEY T RUSSELL
2ND JT. INSURED FEMALE  AGE: 52 PREF/NON-SMOKER

JOINT EQUAL AGE: 52 JOINT SMOKER STATUS: NON-SMOKER
```

GUIDE TO THE ILLUSTRATION

Survivor
The Survivor is the last of the Joint Insureds to die. Policy values, monthly deductions or credited interest rates DO NOT change due to the first death.

Annualized Premiums and/or Withdrawals Column
Annualized premiums are the sum of the periodic payments you plan to make each year. Withdrawals are amounts taken from the policy's accumulation value and payable to you. This illustration assumes that any withdrawals occur at the beginning of the policy year.

Current/Assumed Columns: The values in these columns assume that the current monthly deductions and the interest rate(s) shown on the illustration remain in effect for the duration of the policy. The interest rate currently being credited on this product is 5.00%. It is subject to change at any time. The Company may declare a higher or lower rate, but it will never be less than the guaranteed rate of 4%. Monthly Deduction rates can never exceed the maximums guaranteed in the contract and are guaranteed at the current schedule for the first five policy years.

Changes to the current interest rate or monthly deductions may result in additional premium payments being required to keep the policy in force.

  Cash Value Column: The net cash value is the accumulation value less applicable surrender penalties and any loans. It is the amount you would receive if you were to surrender the policy.
  Accumulation Value Column: The accumulation value equals the sum of the premiums paid less expense charges, monthly deductions, and any withdrawals, plus the Premium Qualification Credit, plus interest accumulated at the assumed rate(s). It is illustrated here net of any loans.

  Death Benefit: The death benefit is payable at the death of the Survivor. The death benefit may differ from the face amount for the following reasons:
1. If your policy is the Return of Accumulation Value ("Plus") version, the death benefit is the face amount plus the accumulation value.
2. The death benefit is designed to exceed the accumulation value by a specified amount to qualify as life insurance under IRS Section 7702.
3. The death benefit is always reduced by the amount of any loans.

  In addition to the death benefit illustrated, Transamerica Occidental will pay, upon the death of the survivor, the amount by which the accumulation value has increased since the last policy anniversary to the date of death.

Guaranteed Columns: The values shown here are calculated using the guaranteed maximum monthly deductions and the guaranteed interest rate of 4% for the duration of the policy.

Special Policy Features: Both the assumed and guaranteed values reflect only the illustrated activities (such as premiums, withdrawals, loans, and changes to the face amount and death benefit). If you change the amount or timing of these activities, the values in your policy will change accordingly. The policy will have complete details.

  Withdrawals and Company Surrender Penalty Free Withdrawals: Every year after the first policy year, you may request a withdrawal for any amount up to the lesser of 10% of the accumulation value or the entire net cash value, without incurring company-imposed surrender penalties. Withdrawals in excess of the penalty-free withdrawal amount are charged the applicable surrender penalties.

  Face Decrease: If you decrease the face amount during the first 20 policy years, there will be a pro-rata surrender penalty. The pro-rata penalty will be based on the proportion of the face amount decreased.

Federal Income Tax Considerations
You should contact your tax advisor as to the tax implications of any planned withdrawal, surrender, or loan.

THIS IS AN ILLUSTRATION NOT A CONTRACT. PRESENTED BY TRANSAMERICA ON SEPTEMBER 27, 2005. AL.   PAGE 2 of 2