# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE RUSSELL; et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **05–CV– 00972–ID–VPM** |
| | ) | |
| **TRANSAMERICA OCCIDENTAL** | ) | |
| **LIFE INSURANCE COMPANY;** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE THAT EXHIBIT B CONTAINS DEPOSITION EXCERPTS

Comes now the defendant Transamerica Occidental Life Insurance Company ("Transamerica") and hereby notifies the Court that Exhibit B attached to the defendant's Notice of Removal contains excerpts from the deposition of Wayne Russell and not the entire deposition transcript. The deposition transcript for Wayne Russell was voluminous and, to avoid unduly burdening the Court, Exhibit B contains those pages which are cited in the Notice of Removal.

/s/  Steve R. Burford
Charles D. Stewart (ASB 0303–S77E)
Steve R. Burford (ASB 6886–B40S)
Attorney for Defendant Transamerica
Occidental Life Insurance Company
**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:    (205) 328–4100
Fax:   (205) 324–8866
email:        cds@spain–gillon.com
              srb@spain–gillon.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on **October 14, 2005**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph H. Aughtman**
jay.aughtman@beasleyallen.com nancy.mcdill@beasleyallen.com

**Jere L. Beasley**
libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com

**Steve R. Burford**
srb@spain-gillon.com bjd@spain-gillon.com

**Wilson Daniel Miles, III**
dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com

**Charles D. Stewart**
cds@spain-gillon.com jam@spain-gillon.com,KCG@spain-gillon.com

**George Walton Walker, III**
walker@copelandfranco.com michaud@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non–CM/ECF participants:

**Augustus Kirby Clements, III**
2740 Central Parkway
Montgomery, AL 36106

Respectfully submitted,

/s/ *Steve R. Burford*
Steve R. Burford
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:     (205) 328–4100
Fax:    (205) 324–8866
email:  srb@spain-gillon.com
(ASB 6886–B40S)