IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

RECEIVED
2005 OCT 13 P 1: 55

| | |
|---|---|
| WAYNE RUSSELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:05cv972-D<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

Comes now defendant Transamerica Occidental Life Insurance Company and hereby files a true and correct copy of its Notice of Removal filed in the United States District Court for the Middle District of Alabama, Southern Division, in accordance with 28 U.S.C. § 1446(d).

_____
Charles D. Stewart (ASB 0303-S77E)
Steve R. Burford (ASB 6886-B40S)
Attorneys for Transamerica Occidental Life
Insurance Company

OF COUNSEL:

SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue, North
Birmingham, Alabama 35203
Ph:   (205) 328-4100
Fax:  (205) 324-8866

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by:

(__) hand delivery;
(__) facsimile transmission;
(__) express mail;
(✓) U.S. mail, first class; or
(__) other

and addressed as follows on **October 12, 2005**:

| | |
|---|---|
| Joseph H. Aughtman, Esq.<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36103–4160 | George W. Walker, III, Esq.<br>COPELAND, FRANCO, SCREWS & GILL, P.A.<br>444 South Perry Street<br>Post Office Box 347<br>Montgomery, AL 36101–0347 |

_____
Of Counsel

2