IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

*(Electronically Filed)*

| | | |
|---|---|---|
| WAYNE RUSSELL;<br>RONALD W. RUSSELL, as Trustee for<br>The Russell Family Trust;<br>THE RUSSELL FAMILY TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSAMERICA OCCIDENTAL<br>LIFE INSURANCE COMPANY;<br>AUGUSTUS KIRBY CLEMENTS, III;<br>and Fictitious Defendants "A", "B" and<br>"C" whether singular or plural, are those<br>other persons, corporations, firms<br>or other entities whose wrongful<br>conduct caused or contributed to cause<br>the injuries and damages to Plaintiff,<br>all of whose true and correct names<br>are unknown to Plaintiff at this time,<br>but will be substituted by Amendment<br>when ascertained,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * | CASE NO.: 2:05-cv-972-ID-VPM |

## MOTION TO REMAND

Plaintiffs, pursuant to 28 U.S.C. §1447(c) move this Honorable Court to remand this action back to the Circuit Court of Montgomery County, Alabama. As grounds therefor, Plaintiffs show unto the Court as follows:

(1) This action is not one arising out of the Constitution, laws, or treaties of the United States. 28 U.S.C. §1331. Plaintiff has asserted only claims arising under Alabama common law and statutes. This Court lacks subject matter jurisdiction and this action is not one for which removal is provided by 28 U.S.C. §1441(a).

(2)   The Petition for Removal is improperly based on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

(3)   As set forth in the Plaintiffs' Brief in Support of Motion to Remand, the Defendants have failed to meet their burden with respect to proving fraudulent joinder.

WHEREFORE, based on the foregoing, the Plaintiffs move this Honorable Court to remand this case back to the Circuit Court of Montgomery County, Alabama, from which it was removed.

S/C. Jay Aughtman<br>
JOSEPH H. "Jay" AUGHTMAN (AUG001)<br>
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama  36103-4160
Telephone:   (334) 269-2343
Facsimile:    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

S/C. Jay Aughtman<br>
OF COUNSEL

Mr. Steve R Burford
Mr. Charles D. Stewart
Spain & Gillon, L.L.C.
2117 2nd Avenue North
Birmingham, Alabama 35203

Mr. George W Walker, III
Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347