# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| WAYNE RUSSELL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv972-D |
| | ) |
| TRANSAMERICA OCCIDENTAL LIFE | ) |
| INS. CO., et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' Motion To Remand, filed November 11, 2005 (Doc. No. 6), it is ORDERED that Defendants show cause, if any there be, on or before November 28, 2005, why said Motion should not be granted.

It is further CONSIDERED and ORDERED that the parties are hereby relieved of their obligations imposed by Rule 26(f) of the Federal Rules of Civil Procedure while the court's decision on the Motion To Remand is under advisement. If the court denies the Motion To Remand, all parties must meet and confer for all purposes required by Rule 26(f), and file the required report, within ten days of entry of any order denying said Motion.

DONE this 10th day of November, 2005.

                                            /s/ Ira DeMent
                                            SENIOR UNITED STATES DISTRICT JUDGE