IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

*(Electronically Filed)*

| | |
|---|---|
| WAYNE RUSSELL; <br> RONALD W. RUSSELL, as Trustee for <br> The Russell Family Trust; <br> THE RUSSELL FAMILY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> TRANSAMERICA OCCIDENTAL <br> LIFE INSURANCE COMPANY; <br> AUGUSTUS KIRBY CLEMENTS, III; <br> and Fictitious Defendants "A", "B" and <br> "C" whether singular or plural, are those <br> other persons, corporations, firms <br> or other entities whose wrongful <br> conduct caused or contributed to cause <br> the injuries and damages to Plaintiff, <br> all of whose true and correct names <br> are unknown to Plaintiff at this time, <br> but will be substituted by Amendment <br> when ascertained, <br><br> Defendants. | CASE NO.: 2:05-cv-972-ID-VPM |

## NOTICE OF RECENT DECISION

Plaintiff hereby notifies the Court of a recent decision from the *United States District Court for the Middle District of Alabama, Eastern Division.* Judge Myron Thompson issued a recent Order in *Poole v. American International Group, Inc., et al.*, Civil Action No. 3:05cv749-MHT (Attached Exhibit "A"), remanding said case back to state court. Although the Order is attached for the Court's reading, Plaintiff would like to point out that the Court specifically addresses diversity jurisdiction in section IV of the

opinion beginning on page 8. The Court correctly and accurately states the law regarding remand of a case where a corporate defendant has alleged the fraudulent joinder of an agent. Judge Thompson remanded the case finding that the corporate defendants had not shown that the individual agent defendants were fraudulently joined. Plaintiffs move the Court to take notice of this recent decision and furthermore remand Plaintiff's case back to Montgomery County Circuit Court where it was properly filed. In light of the facts and law cited in Plaintiffs' Motion to Remand and this recent opinion, Plaintiffs have not fraudulently joined agent Augustus Clements in the present case as a Defendant.

WHEREFORE, Plaintiff gives notice to the Court of the recent decision cited above.

S/C. Jay Aughtman
JOSEPH H. "Jay" AUGHTMAN (AUG001)
Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone:  (334) 269-2343
Facsimile:   (334) 954-7555

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of February, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

S/C.  Jay Aughtman
OF COUNSEL

Mr. Steve R Burford
Mr. Charles D. Stewart
Spain & Gillon, L.L.C.
2117 2nd Avenue North
Birmingham, Alabama 35203

Mr. George W Walker, III
Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347