IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE RUSSELL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv972-IDM |
| | ) |
| TRANSAMERICA OCCIDENTAL LIFE | ) |
| INS. CO., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' Notice of Recent Decision, filed February 24, 2006 (Doc. No. 10), it is ORDERED that Defendants may file a response, if desired, on or before March 13, 2006.

DONE this 1st day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE