# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office, Room 300
Frank M. Johnson Jr.
 United States Courthouse
**15 Lee Street entrance**
Montgomery, Alabama 36104
334-954-3790

HEARING LOCATION
**Courtroom 405**
Frank M. Johnson Jr. United States Courthouse
One Church Street (entrance at 15 Lee Street)
MONTGOMERY, ALABAMA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

THOMAS K. KAHN
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6131

The court has determined that the cases listed below are to be orally argued not to exceed fifteen minutes per side. Argument time for those cases marked * will not exceed thirty minutes unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates.

### TUESDAY, MAY 16, 2006
### (COURT CONVENES AT 2:00 P.M.+)

| | |
|---|---|
| 05-13375 | United States, Appellant v. Claudina Benitez, |
| 05-13112 | William L. Sullivan, Appellant v. James DeLoach, et al. |
| 05-15457 | Equal Employment Opportunity Commission v. RPH Management, Inc., Appellant |
| 05-14573 | LeAnn Horne v. Tillman Pugh, Appellant |

+Counsel presenting argument on Tuesday should appear in person at the Clerk's Office no later than 1:30 p.m.

### WEDNESDAY, MAY 17, 2006

| | |
|---|---|
| 05-11969 | James Hubbard, Appellant v. M & H Valve Company |
| 05-12535 | Ruby M. Stockman, Petitioner v. U.S. Railroad Retirement Board |
| 05-13985 | Arthur J. Williams, Appellant v. Jo Anne B. Barnhart |
| 05-14529 | Herbert Fleming, Appellant v. Eddie Dowdell, et al. |
| 05-15296 | Charles L. Hughes, Appellant v. City of Birmingham, et al. |

### THURSDAY, MAY 18, 2006

| | |
|---|---|
| 03-12554 | United States v. Dewey M. Hamaker, et al., Appellants-Appellees (consolidated with 05-11399, United States v. Dewey M Hamaker, et al., Appellants) |
| 05-14695 | Claudell L. Mack, et al., Appellants v. ST Mobile Aerospace Engineering, Inc. |
| 05-14280 | Diana Little, et al., Appellants v. Walker County Board of Education |
| 05-13736 | Larry F. Shirley, Appellant v. Kimberly Clark Corporation Pension Plan/Retirement Board |

### FRIDAY, MAY 19, 2006

| | |
|---|---|
| 05-14678 | Dennis Hardy, et al., Appellants v. Cendant Corporation, et al. |
| 05-13088 | Teresa K. Corkill, Appellant v. Hartford Life and Accident Insurance Company |
| 05-13711 | Darron McGee, Appellant v. Lumber Group, Inc., et al. |
| 05-15639 | Jacqueline D. Henderson, Appellant v. Washington National Insurance Company, et al. |

COUNSEL MUST REPORT TO CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT