IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE RUSSELL; et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 05–972 |
| | ) |
| TRANSAMERICA OCCIDENTAL | ) |
| LIFE INSURANCE COMPANY; | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

**SUPPLEMENT TO REPLY TO PLAINTIFFS' NOTICE OF RECENT DECISION AND SECOND NOTICE OF RECENT DECISION AND ADDITIONAL AUTHORITY**

Comes now Transamerica Occidental Life Insurance Company ("Transamerica") and supplements its Reply to Plaintiffs' Notice of Decision and Second Notice of Recent Decisions and Additional Authority and states as follows:

In Defendant's Reply to Plaintiffs' Notice of Decision and Second Notice of Recent Decisions and Additional Authority, Defendant cited the Court to the case of *Henderson v. Washington Nat. Ins. Co.*, CV 04-B-2433-S (N.D. Ala. ) in advising the Court that the "common defense" rule, a rule of limited application to the issue of fraudulent joinder, which plaintiff urges this Court to adopt, was an issue in the appeal of that case to the Eleventh Circuit Court of Appeals.  This is to advise the Court that the Eleventh Circuit Court of Appeals has decided the *Henderson* case and has reversed it on other grounds and expressly did not address the "common defense" rule.  A copy of the Opinion is attached as Exhibit "A".  Consequently, the "common defense" rule remains in the posture that it has not been adopted and is not law of the Eleventh Circuit.  The application or adoption of the

"common defense" rule by this Court would be a radical departure from the existing law of the Eleventh Circuit on the issue of fraudulent joinder which is well derived and entrenched and in accord with the vast majority of the other Circuit Court of Appeals.

          /s/ *Charles D. Stewart*
          Charles D. Stewart (ASB 0303–S77E)
          Steve R. Burford (ASB 6886–B40S)
          Attorneys for Transamerica Occidental Life Insurance Company

**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:   (205) 328–4100
Fax:  (205) 324–8866
email:  cds@spain–gillon.com
        srb@spain–gillon.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **July 28, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph H. Aughtman**
    jay.aughtman@beasleyallen.com nancy.mcdill@beasleyallen.com

**Jere L. Beasley**
    libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com

**Steve R. Burford**
    srb@spain-gillon.com bjd@spain-gillon.com

**Wilson Daniel Miles, III**
    dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com

**Charles D. Stewart**
    cds@spain-gillon.com jam@spain-gillon.com,KCG@spain-gillon.com

**George Walton Walker, III**
    walker@copelandfranco.com michaud@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non–CM/ECF participants:

[No manual recipients]

    Respectfully submitted,

/s/ *Charles D. Stewart*
Charles D. Stewart (ASB 0303–S77E)
Steve R. Burford (ASB 6886–B40S)
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:   (205) 328–4100
Fax:  (205) 324–8866
email: srb@spain-gillon.com
(ASB 6886–B40S)