**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WAYNE RUSSELL; et al.,**          ) | |
|                         ) | |
|      **Plaintiffs,**      ) | |
|                         ) | |
| **vs.**                    ) | **CIVIL ACTION NO.  05–972** |
|                         ) | |
| **TRANSAMERICA OCCIDENTAL**  ) | |
| **LIFE INSURANCE COMPANY;**    ) | |
| **et al.,**                 ) | |
|                         ) | |
|      **Defendants.**      ) | |

---

### DEFENDANT'S NOTICE OF RECENT DECISION

---

Comes now Transamerica Occidental Life Insurance Company ("Transamerica") and gives notice to the Court of the recent decision of the Alabama Supreme Court, *Allstate Life Insurance Company v. Randall W. Parker, Jr.*, 2006 WL 2216739 (Ala. August 4, 2006).  Defendant has attached the *Parker* Opinion as Exhibit "A" for the Court's review and consideration.

In its Notice of Removal, Defendant demonstrated, in reliance on existing Alabama law, that Plaintiff's claims are not ripe for adjudication because Plaintiff had suffered no discernible injury at the time this suit was filed (Notice of Removal, ¶¶ 28-30).  The *Parker* Opinion is yet another decision by the Alabama Supreme Court following this principle and re-enforces Defendant's position that when suit was filed, Russell had suffered no injury because he had not yet been **required** to make premium payments on his policy. (See Affidavit of John M. Cox, attached as Exhibit "G" to Defendant's Notice of Removal, that Russell will not be required to make a premium payment until, at a minimum, the year

2020.)  Consequently, Russell had suffered no discernible injury when he filed this action

and this Court is without jurisdiction to consider his claims on the merits and this action is

due to be dismissed without prejudice.


/s/ *Charles D. Stewart*
Charles D. Stewart (ASB 0303–S77E)
Steve R. Burford (ASB 6886–B40S)
Attorneys for  Transamerica Occidental
Life Insurance Company


**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:    (205) 328–4100
Fax:   (205) 324–8866
email:  cds@spain–gillon.com
          srb@spain–gillon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **August 11, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Joseph H. Aughtman**
   jay.aughtman@beasleyallen.com nancy.mcdill@beasleyallen.com

**Jere L. Beasley**
   libby.rayborn@beasleyallen.com jere.beasley@beasleyallen.com

**Steve R. Burford**
   srb@spain-gillon.com bjd@spain-gillon.com

**Wilson Daniel Miles, III**
   dee.miles@beasleyallen.com autumn.lindsey@beasleyallen.com

**Charles D. Stewart**
   cds@spain-gillon.com jam@spain-gillon.com,KCG@spain-gillon.com

**George Walton Walker, III**
   walker@copelandfranco.com michaud@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non–CM/ECF participants:

[No manual recipients]

Respectfully submitted,

/s/ *Charles D. Stewart*
Charles D. Stewart (ASB 0303–S77E)
Steve R. Burford (ASB 6886–B40S)
**SPAIN & GILLON, L.L.C.**
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Ph:    (205) 328–4100
Fax:   (205) 324–8866
email: srb@spain-gillon.com
(ASB 6886–B40S)

3